IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **VARITALK, INC.,** | ) | No. 09 B 16148 |
| | ) | |
| Debtor(s), | ) | |

### NOTICE OF MOTION

TO:     SEE ATTACHED SERVICE LIST


PLEASE TAKE NOTICE that on the 20th day of March, 2013 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR,** Bankruptcy Judge, at the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, in Courtroom No. 642, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.


_____/s/  GINA B. KROL_____
GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |


GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto directed to the persons shown on the attached Service List, who have filed appearances, by means set forth herein, this 25th day of February, 2013.


_____/s/  GINA B. KROL_____

## SERVICE LIST

| | | |
|---|---|---|
| William Factor | Via CM/ECF | wfactor@wfactorlaw.com |
| Sara Lorber | Via CM/ECF | slorber@wfactorlaw.com |
| Cameron Gulden | Via CM/ECF | Cameron.M.Gulden@usdoj.gov |
| David Newby | Via CM/ECF | dnewby@JNLegal.net |
| Mark Smith | Via CM/ECF | marc@kranesmith.com |
| George Belfield | Via Email | BelfieldG@gtlaw.com |
| John Lapinski | Via Email | Jlapinski@clarktrev.com |
| Gerald Munitz | Via CM/ECF | gmunitz@butlerrubin.com |
| Shelly DeRousse | Via CM/ECF | sderousse@stahlcowen.com |
| David Letvin | Via CM/ECF | davidletvin@aol.com |
| Robert Gray | Via Email | robertgray2@gmail.com |
| Ralph Schindler | Via Email | ralphjschindler@sbcglobal.net |
| Joel Bennett | Via Email | joelrbennett@yahoo.com |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re | ) | | |
| | ) | | |
| VARITALK, INC., | ) | Bankruptcy No. | 09 B 16148 |
| | ) | | |
| Debtor. | ) | Chapter | 7 |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: __ALAN D. LASKO and ALAN D. LASKO & ASSOCIATES, P.C.__

Authorized to Provide Professional Services to: __GINA B. KROL, Trustee in Bankruptcy__

Date of Order Authorizing Employment: __September 8, 2010__

Period for Which Compensation is Sought:
From __August 8, 2012__, _____ through __February 19, 2013__, _____

Amount of Fees Sought: $ __1,965.00__

Amount of Expense Reimbursement Sought: $ __1.83__

This is an:   Interim Application _____   Final Application __X__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 1/21/2011 | 8/8/10 – 12/27/10 | $5,093.10 | $5,093.10 | None |
| 8/21/2012 | 12/28/10 – 8/7/12 | $9.541/65 | $9,531.65 | $5,093.10 |
| 2/25/2013 | 8/8/12 – 2/19/13 | $1,966.83 | $1,966.83 | $9,531.65 |

Dated: __February 25, 2013__        __/s/ GINA B. KROL__
                                              (Counsel)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Varitalk, Inc. | ) | No. 09 B 16148 |
| | ) | |
| 26-0660267 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. A. Benjamin Goldgar |

## THIRD AND FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public Accountants, request third and final compensation of $1,965.00 and expenses of $1.83 for the time period from August 8, 2012 through February 19, 2013. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this Third and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**VARITALK, INC.**

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 11 on or about May 7, 2009. The legal proceedings converted to one under Chapter 7 on or about May 12, 2010. A Trustee was subsequently appointed. On September 8, 2010, Alan D. Lasko & Associates, P.C. was approved by the Court issued as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's final short year 2012 tax returns and various Internal Revenue Service notices.

2

## VARITALK, INC.

**FEE APPLICATION**

The fees sought by this Third and Final Fee Application reflect an aggregate of 11.1 hours of ADLPC's time spent and recorded in performing services during the Third and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

## VARITALK, INC.

### BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred .6 hour in the preparation of this fee Application.

Cost          $58.50

A recap of compensation for this category is as follows:

|                   | Hours |    | Rate   |    | Amount |
|-------------------|-------|----|--------|----|--------|
| A. Lasko          | 0.1   | $  | 275.00 | $  | 27.50  |
| C. Wilson, Staff  | 0.5   |    | 62.00  |    | 31.00  |
|                   | 0.6   |    |        | $  | 58.50  |

### TAX PREPARATION

The Applicant incurred 2.5 hours in the preparation of the Estate's final short year 2012 workpapers and year-end tax returns.

The work also included the following:

- Prepared letter to Internal Revenue Service requesting a waiver from the requirement for the Estate to file income tax returns.
- Estimated time to prepare the Estate's final information tax returns.

Cost          $367.70

4

**VARITALK, INC.**

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.7 | $ 275.00 | $ 192.50 |
| L. Li, Accounting Supervisor | 0.4 | 186.00 | 74.40 |
| J. Lasko, Staff | 1.4 | 72.00 | 100.80 |
|  | 2.5 |  | $ 367.70 |

## RESPOND TO TAX AUTHORITIES

The Applicant incurred 8.0 hours in calling the Internal Revenue Service and responding to several Internal Revenue Service notices related to the offset of the amended return refund claim. Ultimately, an $83,000 refund claim was approved, but the Internal Revenue Service did offset a prepetition income tax claim of approximately $21,000 from the amount approved. Research was also performed related to the issue of an Estate loss carryback to an Estate year in which tax was paid thus generating a refund and whether the Internal Revenue Service had in fact properly offset a prepetition tax claim against this post-petition refund claim. Generally, the Internal Revenue Service can offset a prepetition refund claim against a prepetition tax claim. The results of this research was discussed with the Trustee.

Cost                    $1,538.80

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.4 | $ 275.00 | $ 110.00 |
| D. Konomidis, Tax Supervisor | 7.6 | 188.00 | 1,428.80 |
|  | 8.0 |  | $ 1,538.80 |

5

## VARITALK, INC.

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $270 | - | $275 |
| Manager/Director | 220 | - | 270 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its third and final fee period are as follows:

| Recap by Project | First Interim Application | Second Interim Application | Third Interim Application | Total |
|---|---|---|---|---|
| Billing | $ 111.00 | $ 154.20 | $ 58.50 | $ 323.70 |
| Tax Preparation | 4,949.20 | 3,850.60 | 367.70 | 9,167.50 |
| Respond to Tax Authorities | - | 4,185.00 | 1,538.80 | 5,723.80 |
| Amended Return | - | 1,276.60 | - | 1,276.60 |
| Net Request | $ 5,060.20 | $ 9,466.40 | $ 1,965.00 | $ 16,491.60 |

## VARITALK, INC.

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 3.5 | $ 323.70 | $ 92.49 |
| Tax Preparation | 61.0 | 9,167.50 | $ 150.29 |
| Respond to Tax Authorities | 29.2 | 5,723.80 | $ 196.02 |
| Amended Return | 6.2 | 1,276.60 | $ 205.90 |
| | 99.9 | $ 16,491.60 | $ 165.08 |

The Applicant has received its first and second interim compensation as follows:

| | Compensation | Expenses |
|---|---|---|
| 09/08/10-12/27/10 | $ 5,060.20 | $ 32.90 |
| 12/28/10-08/07/12 | 9,466.40 | 65.25 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| Recap | First Interim Application | Second Interim Application | Second Interim Application | Total |
|---|---|---|---|---|
| Delivery | $ 8.00 | $ 8.00 | $ - | $ 16.00 |
| Copy Costs | 24.90 | 42.40 | 0.60 | 67.90 |
| Postage | - | 14.85 | 1.23 | 16.08 |
| | $ 32.90 | $ 65.25 | $ 1.83 | $ 99.98 |

7

**VARITALK, INC.**

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

8

# VARITALK, INC.

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Third and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Third and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.   In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the Third and Final compensation sought herein for the Compensation Period is warranted.

9

**VARITALK, INC.**

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested third and final compensation of $1,965.00 and expenses of $1.83 should be allowed for services by your Applicant for the period August 8, 2012 through February 19, 2013.

_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Varitalk, Inc.** | ) | No. 09 B 16148 |
| | ) | |
| 26-0660267 | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | Hon. A. Benjamin Goldgar |

## AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
           )     SS.
COUNTY OF COOK )

      I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.     I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Gina B. Krol, Chapter 7 Trustee in this case ("Trustee").

2.     I have read the Third and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.     The Applicant has received its first and second interim compensation as follows:

| | Compensation | Expenses |
|---|---|---|
| 09/08/10-12/27/10 | $ 5,060.20 | $ 32.90 |
| 12/28/10-08/07/12 | 9,466.40 | 65.25 |

11

FURTHER AFFIANT SAYETH NOT.


_____

Alan D. Lasko


Subscribed and Sworn to before me
this _/9*th_ day of February, 2013.


_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

12

## **EXHIBIT A**

## **ORDER OF EMPLOYMENT**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **VARITALK, INC.,** | ) | No. 09 B 16148 |
| | ) | |
| Debtor(s), | ) | |

## ORDER TO EMPLOY ACCOUNTANT FOR TRUSTEE

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE **A. BENJAMIN GOLDGAR,** BANKRUPTCY JUDGE
THIS 8th DAY OF SEPTEMBER, 2010

     This cause coming on to be heard upon the Application of GINA B. KROL,

Trustee herein, by and through her Attorneys, COHEN & KROL, to Employ Accountant for

Trustee, due notice having been given to all parties in interest and the Court being fully

advised in the premises, NOW THEREFORE:

     IT IS HEREBY ORDERED that GINA B. KROL, Trustee herein, is hereby

authorized to employ ALAN D. LASKO and ALAN D. LASKO & ASSOCIATES, P.C., Certified

Public Accountants, to represent the Trustee in this proceeding, and

     IT IS FURTHER ORDERED that compensation is to be paid to ALAN D. LASKO

and ALAN D. LASKO & ASSOCIATES, P.C. pursuant to further order of this Court.

               ENTER:

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

               BANKRUPTCY JUDGE

             0 8 SEP 2010

## EXHIBIT B

## PERSONNEL

**VARITALK, INC.**

The following represents a description of the primary individuals in this engagement.

<u>Alan D. Lasko – CPA, CIRA, CFF</u>

Mr. Lasko has worked primarily in the bankruptcy field over the last 27 years. He brings his 37 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

<u>Denise C. Konomidis, CPA – Tax Supervisor</u>

Ms. Konomidis has 12 years of experience performing tax preparation and tax planning in public accounting. She has worked for a large and small public accounting firm and tax planning firm over this period. She has worked with commercial and individual accounts of various sizes. She has an Undergraduate Degree in Accounting from the University of Illinois. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

**VARITALK, INC.**

Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor

Ms. Li has 7 years of valuation experience and 9 years of performing accounting and tax services. She has a B.A. from Xi An Jiao Tong University in China and a Ph.D. in Communications Studies from Northwestern University in Evanston. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society. She is also certified by the National Association of Valuation Analysts for her valuation certificate. In addition, she is a Certified QuickBooks ProAdvisor.

Joseph Lasko – Staff

Mr. Lasko is a second-year staff intern person performing accounting and tax services. Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa. Mr. Lasko has also completed several post graduate accounting courses.

## EXHIBIT C

## STAFF LEVELS

**VARITALK, INC.**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**<u>EXHIBIT D-1</u>**

**<u>TAX PREPARATION</u>**

2/19/2013                              Alan D. Lasko & Associates, P.C.
2:32 PM                                    Pre-bill Worksheet                              Page     1

---

| Selection Criteria |
| --- |

| Clie.Selection | Include: Varitalk, Inc.002; Varitalk, Inc.004; Varitalk, Inc.012 |
| --- | --- |

| Nickname | Varitalk, Inc.002 \| 3570 |
| --- | --- |
| Full Name | Varitalk, Inc. |
| Address | c/o Gina B. Krol, Trustee |
| | 105 W. Madison St. |
| | Suite 1100 |
| | Chicago IL 60602 |

| Phone 1 | | Phone 2 | |
| --- | --- | --- | --- |
| Phone 3 | | Phone 4 | |
| In Ref To | tax prep | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 8/6/2012 | | |
| Last charge | 2/19/2013 | | |
| Last payment | 9/19/2012 | Amount | $3,867.38 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
| --- | --- | --- | --- | --- | --- |
| 2/19/2013 113424 | A. Lasko 800 | 275.00 | 0.70 | 192.50 | Billable |
| | prepared irs waiver request ltr from the requirement to file a final 2012 income tax return for the estate | | | | |
| 2/19/2013 113427 | J. Lasko 800 | 72.00 | 1.40 | 100.80 | Billable |
| | Estimated time to prepare estate's final informaiton tax return and cover letter to trustee | | | | |
| 2/19/2013 113428 | L. Li 800 | 186.00 | 0.40 | 74.40 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trustee | | | | |

| TOTAL | Billable Fees | | 2.50 | | $367.70 |
| --- | --- | --- | --- | --- | --- |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
| --- | --- | --- | --- | --- | --- |
| 2/19/2013 113425 | A. Lasko 105 | 1.23 | 1.000 | 1.23 | Billable |
| | postage - mailed irs waiver ltr request filing to trustee | | | | |
| 2/19/2013 113426 | A. Lasko 115 | 0.60 | 1.000 | 0.60 | Billable |
| | photocopy costs - 6 @ $.10 re: copies of irs waiver request ltr | | | | |

2/19/2013
2:32 PM

**Alan D. Lasko & Associates, P.C.**
**Pre-bill Worksheet**

Page    2

Varitalk, Inc.002:Varitalk, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| **TOTAL**   Billable Costs |  | $1.83 |

---

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable time slips<br>Total of Fees (Time Charges) | $367.70 | $367.70 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $1.83 | $1.83 |
| Total new charges |  | $369.53 |
| Previous Balance<br>120 Days<br>Total Previous Balance | $3,867.38 | $3,867.38 |

Accounts Receivables

| Date|ID         Type   Description |  |  |
|---|---|---|
| 9/19/2012 PAY   Payment - thank you<br>13735 | ($3,867.38) |  |
| Total Accounts Receivable |  | ($3,867.38) |
| New Balance<br>Current | $369.53 |  |
| Total New Balance |  | $369.53 |

## **EXHIBIT D-2**

## **RESPOND TO TAX AUTHORITIES**

2/19/2013                          Alan D. Lasko & Associates, P.C.
2:32 PM                                Pre-bill Worksheet                                    Page     3

Nickname          Varitalk, Inc.004 | 3653
Full Name         Varitalk, Inc.
Address           c/o Gina B. Krol, Trustee
                  105 W. Madison St.
                  Suite 1100
                  Chicago IL 60602
Phone 1                              Phone 2
Phone 3                              Phone 4
In Ref To         respond to tax authorities
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill         8/6/2012
Last charge       10/23/2012
Last payment      9/19/2012              Amount      $4,190.20

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/5/2012<br>110395 | D. Konomidis<br>800 | 188.00 | 2.60 | 488.80 | Billable |
| | reviewed IRS notice re Form 1120 re carryback credit of $21,829.11 stating<br>IRS is responding to our inquiry of August 1 2012 and IRS states they can<br>not refund the carryback credit of $21,829.11 as it was applied to an<br>outstanding balance due on April 2008 1120, reviewed tax returns and<br>workpapers. | | | | |
| 10/5/2012<br>110399 | D. Konomidis<br>800 | 188.00 | 1.60 | 300.80 | Billable |
| | tax research re bankruptcy tax rules re whether IRS can offset a post<br>petition refund with a pre petition debt. | | | | |
| 10/8/2012<br>110544 | D. Konomidis<br>800 | 188.00 | 1.90 | 357.20 | Billable |
| | tax research re bankruptcy court cases re whether IRS can offset<br>postpetition refund with a prepetition debt. | | | | |
| 10/8/2012<br>110545 | D. Konomidis<br>800 | 188.00 | 1.30 | 244.40 | Billable |
| | prepared letter to IRS in response to IRS notice that stated IRS applied<br>approximately $20,000 of carryback credit from April 30, 2010 (post<br>petition) to tax year ending April 30, 2008 (prepetition tax year). | | | | |
| 10/23/2012<br>110876 | A. Lasko<br>800 | 275.00 | 0.40 | 110.00 | Billable |
| | review of data prepared by staff re: issues related to IRS set off issue for<br>pre petition taxes owed and refund claim paid net of set off | | | | |
| 10/23/2012<br>110909 | D. Konomidis<br>800 | 188.00 | 0.20 | 37.60 | Billable |
| | meeting with Alan Lasko re IRS setoff of refund to prepetition tax year (no<br>charge by Lasko) | | | | |

2/19/2013                          Alan D. Lasko & Associates, P.C.
2:32 PM                                 Pre-bill Worksheet                              Page     4

Varitalk, Inc.004:Varitalk, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| **TOTAL**     Billable Fees | 8.00 | $1,538.80 |
| Total of billable expense slips | | $0.00 |

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $1,538.80 | |
| Total of Fees (Time Charges) | | $1,538.80 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $1,538.80 |
| Previous Balance 120 Days | $4,190.20 | |
| Total Previous Balance | | $4,190.20 |

Accounts Receivables

| Date|ID   Type   Description | Amount | Total |
|---|---|---|
| 9/19/2012 PAY  Payment - thank you 13734 | ($4,190.20) | |
| Total Accounts Receivable | | ($4,190.20) |
| New Balance Current | $1,538.80 | |
| Total New Balance | | $1,538.80 |

## EXHIBIT D-3

### BILLING TIME

| | |
|---|---|
| 2/19/2013 | |
| 2:32 PM | |

**Alan D. Lasko & Associates, P.C.**
**Pre-bill Worksheet**

Page    5

| | |
|---|---|
| Nickname | Varitalk, Inc.012 \| 3571 |
| Full Name | Varitalk, Inc. |
| Address | c/o Gina B. Krol, Trustee |
| | 105 W. Madison St. |
| | Suite 1100 |
| | Chicago IL 60602 |

| | | | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | fee petition | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 8/6/2012 | | |
| Last charge | 2/19/2013 | | |
| Last payment | 9/19/2012 | Amount | $154.20 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/19/2013 113443 | C. Wilson 800 | 62.00 | 0.50 | 31.00 | Billable |
| | Prepared fee petition. | | | | |
| 2/19/2013 113445 | A. Lasko 800 | 275.00 | 0.10 | 27.50 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 0.60 | | $58.50 |

| | |
|---|---|
| Total of billable expense slips | $0.00 |

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement: Slips** | | |
| By billing value on each slip. | | |
| Total of billable time slips | $58.50 | |
| Total of Fees (Time Charges) | | $58.50 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $58.50 |
| Previous Balance | | |
| 120 Days | $154.20 | |

2/19/2013                          Alan D. Lasko & Associates, P.C.
2:32 PM                                    Pre-bill Worksheet                                    Page      6

Varitalk, Inc.012:Varitalk, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| **Total Previous Balance** |  | $154.20 |

**Accounts Receivables**

| Date\|ID | Type | Description | | |
|---|---|---|---|---|
| 9/19/2012 13733 | PAY | Payment - thank you | ($154.20) | |
| **Total Accounts Receivable** | | | | ($154.20) |

**New Balance**

| Current |  | $58.50 | |
|---|---|---|---|
| **Total New Balance** | | | $58.50 |