UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VARITALK, INC. § Case No. 09-16148
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT
          KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/03/2013 in Courtroom 642,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/27/2013            By: KENNETH S. GARDNER
                                                        Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VARITALK, INC. §   Case No. 09-16148
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 694,502.73 |
| and approved disbursements of | $ 500,588.07 |
| leaving a balance on hand of[1] | $ 193,914.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 32,641.02 | $ 0.00 | $ 32,641.02 |
| Attorney for Trustee Fees: Cohen & Krol | $ 19,435.50 | $ 0.00 | $ 19,435.50 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,965.00 | $ 0.00 | $ 1,965.00 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 3,582.85 | $ 0.00 | $ 3,582.85 |
| Other: International Sureties Ltd. | $ 574.30 | $ 574.30 | $ 0.00 |
| Other: Cohen & Krol | $ 821.00 | $ 0.00 | $ 821.00 |
| Other: Alan D. Lasko | $ 1.83 | $ 0.00 | $ 1.83 |
| Total to be paid for chapter 7 administrative expenses | | | $ 58,447.20 |
| Remaining Balance | | | $ 135,467.46 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Cohen & Krol | $ 21,019.50 | $ 0.00 | $ 19,948.66 |
| Other: Cohen & Krol | $ 1,892.44 | $ 0.00 | $ 1,796.04 |
| Other: Frederick Lowe | $ 64,121.58 | $ 28,473.76 | $ 32,381.15 |
| Other: Law Offices of William Factor | $ 161,073.74 | $ 71,526.24 | $ 81,341.61 |

Total to be paid for prior chapter administrative expenses    $    135,467.46

Remaining Balance    $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 16,719.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026A | Robert Gray | $ 10,950.00 | $ 0.00 | $ 0.00 |
| 000044A | Illinois Department of Revenue | $ 5,769.96 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $    0.00

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,324,658.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Open Road Entertainment | $ 6,500.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | | Interim Payment to Date | | Proposed Payment | |
|---|---|---|---|---|---|---|---|
| 000002 | GotVocie | $ | 22,925.52 | $ | 0.00 | $ | 0.00 |
| 000003 | Heavenspot c/o Revenue Assurance Partners | $ | 21,393.00 | $ | 0.00 | $ | 0.00 |
| 000004 | Jayme Mazzochi | $ | 2,375.00 | $ | 0.00 | $ | 0.00 |
| 000005 | Jams, Inc. | $ | 5,368.06 | $ | 0.00 | $ | 0.00 |
| 000006 | Chase Bank USA NA | $ | 47,006.96 | $ | 0.00 | $ | 0.00 |
| 000008 | Non Broadcast Industrial | $ | 1,190.00 | $ | 0.00 | $ | 0.00 |
| 000009 | Moderati | $ | 4,000.00 | $ | 0.00 | $ | 0.00 |
| 000010 | Stephen Drimmer | $ | 514,412.13 | $ | 0.00 | $ | 0.00 |
| 000011 | Law Offices of Joel R Bennett | $ | 47,246.36 | $ | 0.00 | $ | 0.00 |
| 000012 | Faith Inc | $ | 24,163.72 | $ | 0.00 | $ | 0.00 |
| 000013 | CIT Technology Financing Services Inc | $ | 5,896.59 | $ | 0.00 | $ | 0.00 |
| 000014 | MBlox, Inc | $ | 12,881.28 | $ | 0.00 | $ | 0.00 |
| 000015 | American Express Bank FSB | $ | 2,029.73 | $ | 0.00 | $ | 0.00 |
| 000016 | Hinsdale Bank & Trust | $ | 232,825.50 | $ | 0.00 | $ | 0.00 |
| 000018B | Derek Goldberg | $ | 184,754.99 | $ | 0.00 | $ | 0.00 |
| 000019 | Carl Downing | $ | 7,878.23 | $ | 0.00 | $ | 0.00 |
| 000021 | Netbiscuits, Inc. | $ | 14,775.00 | $ | 0.00 | $ | 0.00 |
| 000022 | Neighborhood America | $ | 10,786.79 | $ | 0.00 | $ | 0.00 |
| 000023 | Varitalk Holdings LLC, Assignee for | $ | 4,000,000.00 | $ | 0.00 | $ | 0.00 |
| 000026B | Robert Gray | $ | 9,050.00 | $ | 0.00 | $ | 0.00 |
| 000027 | Robert Gray | $ | 5,368.06 | $ | 0.00 | $ | 0.00 |
| 000042 | Doug Krintzman | $ | 500.00 | $ | 0.00 | $ | 0.00 |
| 000043 | Sandra Franco | $ | 750.00 | $ | 0.00 | $ | 0.00 |
| 000049 | Dave & Dave | $ | 1,175.00 | $ | 0.00 | $ | 0.00 |
| 000050 | Lazar and Company CPAs | $ | 15,119.89 | $ | 0.00 | $ | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000052 | Davis Graham & Stubbs LLP | $ 16,997.50 | $ 0.00 | $ 0.00 |
| 000053 | Law Office of Ralph J. Schindler Jr | $ 107,289.43 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance                                              $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 668.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000044B | Illinois Department of Revenue | $ 668.80 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors           $          0.00

Remaining Balance                                              $          0.00


Prepared By:  /s/GINA B. KROL
                                          Trustee


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                   United States Bankruptcy Court
                                    Northern District of Illinois

In re:                                                                                   Case No. 09-16148-ABG
Varitalk, Inc.                                                                           Chapter 7
         Debtor                            CERTIFICATE OF NOTICE
District/off: 0752-1            User: dross                    Page 1 of 6                 Date Rcvd: Mar 12, 2013
                                Form ID: pdf006                Total Noticed: 173


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2013.
db         +Varitalk, Inc.,    53 West Jackson Blvd,    Suite 1610,   Chicago, IL 60604-3747
13880756   +AFTRA Los Angeles,    5757 Wilshire Blvd.,    9th Floor,   Los Angeles, CA 90036-3681
13940236   +ASC Corp,   Attn: Amar Salman,    5329 SW 38th Ave,    Fort Laudlerdale, FL 33312-8228
13880760   #+AT&T,   PO Box 8100,    Aurora, IL 60507-8100
13940388   +AT&T,   Bankruptcy Department,    PO Box 769,   Arlington TX 76004-0769
13939003   +Aaron Graham,    545 Autumn Blvd #203,    Lakemoor, IL 60051-6695
13880755   +Absolute Pitch Studios, Inc.,    7101 Wisconsin Ave,    Suite LL01,   Bethesda MD 20814-4872,
             Admob Inc,   60 E 3rd Ave
13940225   +Admob Inc,   60 E 3rd Ave Ste 225,    San Mateo, CA 94401-4058
13880834   +Alex Santori,   5028 Cahuenga Blvd,    Apt 2,   North Hollywood CA 91601-4719
13940228   +American Color Labs Inc,    622 West Adames St 1st Floor,    Chicago, IL 60661
13880757   +American Color Labs, Inc,    611 West Adams St,    1st Floor,   Chicago, IL 60661-3801
13940229   +American Express,    POB 0001,   Los Angeles, CA 90096-8000
14117646    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
13880759   #+Anchor Planning & Valuations, Ltd.,     1010 Jorie Blvd.,   Suite 380,
             Oak Brook, Illinois 60523-4474
13940232   +Andrew Cattau,    4205 Corrient Pl,    Boulder, Co 80301-1628
13880790   #+Andrew Cattau,    4205 Corriente Pl,    Boulder, CO 80301,   Ariel Elazar Storch,
             2259 N Gower St,    Los Angeles, CA 90068-2950
13940233   +Anonymous Content,    3532 Hayden Ave,    Culver City, CA 90232-2413
13940234   +Anthony James,    1640 Formosa Ave,    Los Angeles, CA 90046-3255
13940235   #+Ariel Elazar Storch,    2259 N Gower St,    Los Angeles, CA 90068-2950
13880761   +Avalon Recording Studio,    649 SW Whitmore Drive,    Port St Lucie FL 34984-3567
13940239   +Barbara Glazer,    110 S Fairfax Ave,    Suitre 200,   Los Angeles, CA 90036-2165
13880763   +Baytree Finance Company,    721 McKinley Road,    Lake Forest, IL 60045-1849
13940241   +Big Picture Advertising,    3715 Meadville Dr,    Sherman Oakes, CA 91403-5002
13880764   +Big Picture Advertising,    3715 Meadville Dr,    Sherman Oakes, CA 91403-5002
13940243    Boyer Consulting Inc,    708 Cheyenne Drive,    Naperville, IL
13880765   +Boyer Consulting Inc,    2708 Cheyenne Dr,    Naperville, IL 60565-5321
13880792   +Brian Fink,   12652 Sarah St.,    Studio City, CA 91604-1115
13880766   +Buffer Enterprises,    131 Fleet Street,    Marina del Rey, CA 90292-5736
13880768   +Buttons Sound Inc,    2 W 45th St,    Ste 603,   New York NY 10036-4258,    Cassau, Benjamin,
             7607 Lexington Ave
13940246   +Buttons Sound Inc,    2 W 45th St Ste 603,    New York, NY 10036-4258
13880773   +CESD,   Attn: Peter Varano,    10635 Santa Monica Blvd, Suite 130/135,
             Los Angeles, CA 90025-8300
13880772   +CESD Talent Agency,    10635 Santa Monica Blvd,    Ste 130,   Los Angeles CA 90025-8306,
             Salli Saffioti,    c/o CESD Talent Agency
13940252   +CESD Talent Agency,    10635 Santa Monica Blvd Ste 130,    Los Angeles, CA 90025-8306
13880769   +CESD Talent Agency,    10635 Santa Monica Blvd,    Los Angeles CA 90025-8300
13880775   +CESD/Jane Windsor,    10635 Santa Monica Blvd,    Suite 130,   Los Angeles, CA 90025-8306
13880778    Cardmember Service,    PO Box 15153,    Wilmington DE 19886-5153,    Hong Chen,
             1837 N Natoma Avenue,    Chicago, IL 60707-3919
13940247    Cardmemeber Service,    POB 15153,    Wilington, DE 19886-5163
13940249   +Cassau, Benjamin,    7607 Lexington Ave,    West Hollywood, CA 90046-5470
13940250   +Cerdian Benefits Services,    POB 10989,    Newark, NJ 07193-0989
13880776   +Chabad Lubavich Media Center,    784 Eastern Parkway #405,    Brooklyn, NY 11213-3409
14017352    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13880777   +Chase Credit Card,    PO Box 94014,    Palatine, IL 60094-4014
13940255    Chase Visa Cardmember Service,    POB 94014,    Palatine, IL 60094-4014
13940256   +Chase Visa Cardmemeber Services,    POB 15153,    Wilington, DE 19886-5153
13880770   +Chris Edgerly,    c/o CESD Talent Agency,    10635 Santa Monica Blvd,    Ste 130,
             Los Angeles CA 90025-8306
13940258   +Columbian Agency,    1005 Laraway Rd,    New Lenox, IL 60451-4102
13880779   +Covad Communications,    Dept 33258,    PO Box 39000,   San Francisco CA 94139-0001
13880780   +Creative Caffeine Studio,    2937 Berry Hill Dr,    Nashville, TN 37211,    Crystal Sound,
             4025 Greenview Drive,    Urbandale, IA 50322-2165
13940260   +Creative Caffeine Studio,    2937 berry Hill Dr,    Nashville, TN 37211,    Crystal Sound,
             4025 Greeview Drive,    Urbandale, IA 50322-2165
13940267    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     POB 5292,   Carol Stream, IL 60197-5292)
13940270   +DG Entertainment,    3280 Cahuenga Blvd,    West Los Angeles, CA 90068-1302
13940262   +Dalina Law Group,    530 South Lake Ave,    Suite 422,   Pasadena, CA 91101-3515
13880782   +Dalina Law Group, P.C.,    530 South Lake Ave.,,    Ste 422,   Pasadena, CA 91101-3515
13880783   +Dan Garcia,    253 South Broadway 406,    Los Angeles CA 90012-3635
13880785   +Dave & Dave,    4421 Lankershim Blvd,    Toluca Lake, CA 91602-2306
13940266   +Davis Graham & Stubbs LLP,    1550 Seventeenth St,    Suite 500,   Denver, CO 80202-1500
13880786   +Davis Graham & Stubbs LLP,    1550 Seventeenth Street,    Ste 500,   Denver, CO 80202-1500,
             Attn: Duane Stutzman
13880791   +Derek Goldberg,    3715 Meadville Dr,    Sherman Oaks, CA 91403,   LaMeisha Taylor,
             1026 E Hyde Park Blvd.,    Chicago, IL 60615-2859
13940268   +Derek Goldberg,    c/o Joel A. Schechter,    53 West Jackson,   Suite 1610,
             Chicago, IL 60604-3747
13940269   +Derek Goldberg,    16975 Encino Hills Dr,    Encino Hills, CA 91436-4007
```

```
District/off: 0752-1                User: dross                  Page 2 of 6                   Date Rcvd: Mar 12, 2013
                                    Form ID: pdf006              Total Noticed: 173


13940271     #+Doug Krintzman,    43 23rd Ave #4,    Venice, CA 90291-4359
13940273      ELS Corporate SErvices PTE LTD,    47B Tras Street,    Singapore 078986
13940272     +Eclips Group,    c/o Mark Baker,    17539 Greenlead,    Encino, CA 91316-3735
13940274      Employment Develeopment Dept,    POB 826846,    Sacramento, CA 94246-0001
13880788      Employment Development Dept,    PO Box 826846,    Sacramento CA 94246-0001
13880789     +Excel,   2461 Santa Monica Blvd,    Ste 201,    Santa Monica, CA 90404-2137
14058561      Faith Inc,    Imon-Meij's - Yasudaseimei - Bldg,    566-1 Toraya-cho, Karasumadori-Oike-Saga,
              Nakagyo-Ku,    Kyoto 604-8171, Japan
13940276      Faith.biz,    Toranomon Towers,    Office 23F,    4-1-28 Kamiyacho Tokyo Japan
13940277     +Fifth Circle Audio,    4353 Berryman Ave #4,    Los angeles, CA 90066-6053
13940278     +First Insurance Group,    450 Skokie Blvd Ste 1000,    Northbrook, IL 60062-7917
13880793      First Insurance Group,    450 Skokie Blvd., Ste 1000,    P.O. Box 3306,
              Northbrook, IL  60065-3306
13880794      Florida State,    Disbursement Unit,    PO Box 8500,    Tallahassee, FL  32314-8500
13940280     +Frederick Lowe,    1311-H S Plymouth Court,    Chicago, IL 60605-3370
14141491     +Frederick Lowe,    53 W. Jackson Blvd Suite 1610,    Chicago, IL 60604-3747
13940281     +GotVocie,   10512 NE 68th,    Kirkland, WA 98033-7002
13940282     +Guy Endore Kaiser,    3253 Oakshire Dr,    Los Angeles, CA 90068-1744
13940283      Hankin Patent Law,    6405 Wilshire Blvd.,    Suite 1020,    Los Angeles, CA 90048
13880798      Hankin Patent Law,    6404 Wilshire Blvd.,    Suite 1020,    Los Angeles, CA  90048-5512,
              Harvard Business Review,    PO Box 62270
13940284      Harvard Business Review,    POB 62270,    Ta,[a. F: 33662-2703
13880799     +Heavenspot c/o Revenue Assurance Partners,    19399 Helenberg Rd,    Covington LA 70433-5392
13940285     +Heavenspot c/o Revenue Assurance Patner,    19399 Helenberg Rd,    Covington, LA 70433-5392
13940286     +Hong Chen,    1837 N Natoma Avenue,    Chicago, IL 60707-3919
13880801     +Ideas Producer,    12711 Mitchell Ave.,    Suite 1,    Los Angeles CA 90066-4700
14253372      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13880804    #+J Stanley Productions Inc,    2249 Twisted Pine Rd,    Ocoee FL 34761-7657
13880841     +Jackye Swidler,    2212 S Bentley Ave,    #1,   Los Angeles CA 90064-1943
13880805     +JamBox Entertainment,    352 Seventh Avenue,    New York NY 10001-5012
13940291      Jams, Inc,    POB 512850,    Los Angeles, CA 90051-0850
14026498      Jams, Inc.,    POB 512850,    Los Angeles, CA 90051-0850,    Jonnell Agnew & Associates
13880806     +Jams, Inc.,    PO Box 512850,    Los Angeles, CA  90051-0850,    Jonnell Agnew & Associates,
              170 South Euclid Ave,    Pasadena CA 91101-2421
13880814     +Jayme Mazzochi,    1219 Dodds Circle,    Los Angeles, CA 90063-2642
13880853      Jie Wang,    1837 N Natoma Avenue,    Chicago, IL  60707-3919
13880833     +John Rigney,    c/o Level Four LLC Level Four Business M,    11812 San Vicente Blvd.,
              Fourth Floor,    Los Angeles CA 90049-6625
13940295     +John Rigney c/o Level Four LLC,    11812 San Vicente Blvd. Fourth Floor,
              LOS Angeles, CA 90049-5022
13940296     +Jonathan Bailey,    832 Robinson St,    Los Angles, CA 90026-2704
13880762     +Jonathan Bailey,    832 Robinson St.,    Los Angeles CA 90026-2704
13940297     +Jonnell Agnew & Assocs,    170 South Euclid Avenue,    Pasadena, CA 91101-2421
13880842     +Josh Robert Thompson,    919 N Glendale Ave,    #10,   Glendale CA 91206-2105
13880771     +Julie Nathanson Holcom,    c/o CESD Talent,    10635 Santa Monica Blvd,    Los Angeles CA 90025-8300
13940300     +Katie Thibodeaux, CSR,    312 North Spring Street,    Room 436,    Los Angeles, CA 90012-2077
13940301     +Kelli Norden and Assocaites,    11726 San Vicente Blvd Ste 205,    Los Angeles, CA 90049-5045
13940303     +Knoica Minolta Business Solutions USA in,    13847 Collections Center Drive,
              Chicago, IL 60693-0138
13880808      Konica Minolta,    Attn: Customer Service,    P.O. Box 550599,    Jacksonville, FL  32255-0599,
              Doug Krintzman,    43 23rd Ave #4
13940302      Konica Minolta,    Attn: Customer Svc.,    POB 550599,    Jacksonville, FL 32255-0599
13880807     +Konica Minolta Business Solutions USA Inc,    13847 Collections Center Drive,
              Chicago, IL 60693-0138
13940304     +LaMeisha Taylor,    1026 E Hyde Park Blvd,    Chicago, IL 60615-2859
13940305     +Law Office of Ralph J. Schindler Jr,    53 West Jackson Blvd,    Suite 818,
              Chicago, IL 60604-3483
13880809     +Lazar and Company, CPAs,    15490 Ventura Blvd,    Ste 240,    Sherman Oaks, CA 91403-3016
13940307      Linda Posivak,    2271 Manning Avenue,    Los Angeles, CA 90064
13880829     +Linda Posivak,    2272 Manning Avenue,    Los Angeles CA 90064-2002
13880767    #+Linsey Burritt,    838 N Hermitage,    Chicago, Illinois 60622-8830
13940309      Lou D'Amico,    14723 Trumbull,    Midlothian, IL 60445
13880811     +Lurie, Peter,    1170 Fifth Ave,    12C,   New York, NY 10029-6527
13880812      Lyon Video 1,    201 Olentangy River Rd,    Columbus OH  43212-3118
13880817      MGM/UA,    C/O Treasury Department 1,    0250 Constellation Blvd,    Los Angeles CA  90067
13940312     +Macke Water Systems,    POB 545,    Wheeling, IL 60090-0545
13940313     +Mark Baker and Eclips LLC,    c/o David A. Newby,    39 S. LaSalle St. Suite 820,
              Chicago, IL 60603-1616
13940317     +Michael Greefeld,    110 S. Fairfax Ave Suite 200,    Los Angeles, CA 90036-2174
13940319     +Moderati,    795 Folsom Street,    Suite 250,    San Franisco, CA 94107-4226
13880818     +Moderati,    795 Folsom Street,    Suite 250,    San Fransisco, CA 94107-4226
13880819     +Monadnock Building,    53 W Jackson Blvd,    Ste 850,    Chicago, IL 60604-3829
13940320     +Montauk Co.,    53 W jackson Blvd Ste 850,    Chicago, IL 60604-3829
13940321      Myxer Inc,    256 N Ocean Drive,    Deefield, FL 33441
13880821      Myxer Inc.,    245 N Ocean Drive,    Deerfield, FL  33441
13880822     +Neighborhood America,    2210 Vanderbilt Beach Rd,    Naples FL 34109-8722
13880824     +Neustar Inc Bank of America,    P.O. Box 409915,    Atlanta GA 30384-9915
13880836      Non Broadcast Industrial,    Sophie Carpenter,    5757 Wilshire Blvd,    9th Floor,
              Los Angeles CA  90036,    Shlosser, Chad
15699308    +++Office of the U.S. Trustee,    219 South Dearborn St. Rm 873,    Chicago, IL 60604-2027
```

Certificate of Notice   Page 9 of 12

```
District/off: 0752-1          User: dross               Page 3 of 6                  Date Rcvd: Mar 12, 2013
                              Form ID: pdf006           Total Noticed: 173


13880826     +Open Road Entertainment,    9570 W. Pico Blvd,    Suite 200,    Los Angeles, CA 90035-1216
13880827     +Outer Limit Recording Studio,    1313 Walden Ave,    Buffalo NY 14211-2821
13880828     +PC Mac LLC,    5416 Fair Ave,    Suite 1-222,    North Hollywood CA 91601-2735
14138355     +Paul Lanzarotti,    Shneiderovsky & Onglingswan,    12 Desbrosses Street,
               New York, N.Y 10013-1704
13940327      Paulo Lanzarotti,    6876 Leonard Street,    Brooklyn, NY 11222
13880820     +Peer1,    2300 W 89th Pl,    Miami, FL 33172-2431
13880831      RTA/CTA Transit Benefit Program,    P.O. Box 75003,    Chicago, IL 60675-5003
13940331     +Robert Gray,    5511 W 175th Street,    Tinley Park, IL 60477-3007
13880830     +Ron Rose Productions LTD,    29277 Southfield,    Southfield MI 48076-1985
13940332     +Ron Rose productions LTD,    29277 Southfield,    Southfeild, MI 48076-1985
13940334     +Salli Saffioti c/o CESD Talent AGency,    10635 Santa Monica Blvd Ste 130,
               Los Angeles, CA 90025-8306
13880796     +Sandra Franco,    William S Garland,    23812 Harbor Vista Drive,    Malibu, CA 90265-4819
13940336      Script,    1-6-3-501 Shibuya,    Shibuya-KU, Tokyo,    Japan
13880835      Script,    1-6-3-501 Shibuya Shibuya-ku,,    Tokyo 150-2000,    Japan
13940337     +Sean Astin,    Non Broadcast Industrial,    Sophie Carpenter,    5757 Wilshire Blvd 9th Floor,
               Los Angeles, CA 90036-3681
13880838     +SnackPack Productions NYC,    48 W 73rd St,    New York NY 10023-3105
13940341     +Sophie Carpenter,    5757 Wilshire Blvd 9th Floor,    Los Angeles, CA 90036-3681
14141566     +Stepehen Drimmer,    1351 4th Street Suite 301,    Santa Monica, CA 90401-1358
13940343     +Stephen Drimmer,    12376 Ridge Circle,    Los Angeles, CA 90049-1151
13940375     +Storch Ariel FBO Storch, Jeanette,    2259 Gower Street,    Los Angeles,    90068-2950
13880840     +Studio West,    11021 Via Frontera,    Suite A,    San Diego CA 92127-1720
13880802     +The Image Generators, Inc,    18156 Darnell Dr,    Olney MD 20832-1767
13940346     +Thomas Ryan,    4043 N Ravenswood Suite 106,    Chicago, IL 60613-1174
13940347     +Throat Apples, Inc Attn: Kevin Motley,    6767 Forest Lawn Drive,    Los Angeles, CA 90068-1027
13880843     +Throat Apples, Inc.,    c/o TGMD Talent Agency,    Attn: Kevin Motley,    6767 Forest Lawn Drive,
               Los Angeles, CA 90068-1050
13940348     +Tierra Studios,    7502 Shadyville Ln,    Houston, TX 77055-5006
13880845     +Toni Howard,    c/o ICM,    10250 Constellation Way,    Ninth Floor,    Los Angeles CA 90067-6200
13940349     +Tony Howard c/o ICM,    10250 Constellation Way,    Ninth Floor,    Los Angeles, CA 90067-6200
13940352     +Unit,    2249 Twisted Pine Rd,    Ocoee Fl 34761-7657
13940353     +United Healthcare,    POB 1747,    Brookfield, Wisconsin 53008-1747
13940354     +Unity Gain Recording Studios, Inc,    1953 Ricardo Abe,    Fort Myers Fl 33901-7131
13940355     +Visient Partners,    53 W Jackson Blvd Ste 1511,    Chicago, IL 60604-3756
13880850     +VoIP, Inc.,    151 S Wymore Rd,    Ste 3000,    Altamonte Springs FL 32714-4270
13940356     +VolP, Inc,    151 S Wymore Rd Ste 3000,    Altamonte Springs, FL 32714-4270
13880855     +White Rabbit Press,    432 SE Defender Dr,    Lake City FL 32025-6357
13940361     +William S Garland,    23812 Harbor Vista Drive,    Mailbu, CA 90265-4819
13880856      Wingup Partners,    A-1 Bldg. 302 1-9-2 Ebisu Minami Shibuya,    Tokyo 150-0022,    Japan
13880774     +Yellow Jersy Prods, Inc,    c/o CESD Talent,    10635 Santa Monica Blvd Ste 130,
               Los Angeles CA 90025-8306
13940364      Yu-Chen Chih,    2F #3 Alley 2,    Lane 212 Chungcheng Rd,    Taipel, 111 Taiwan ROC
13880857      Yu-Chen Chih,    2F., #3 Alley 2, Lane 212,,    Chungcheng Rd., Shihlin District,    Taipei, 111,
               Taiwan, ROC,    Zoccolillo, Justin
13880815     +mBlox Inc,    Dept CH 17883,    Palatine IL 60055-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13940388     +E-mail/Text: g17768@att.com Mar 13 2013 03:21:21       AT&T,    Bankruptcy Department,    PO Box 769,
               Arlington TX 76004-0769
13880760     +E-mail/Text: g17768@att.com Mar 13 2013 03:21:21       AT&T,    PO Box 8100,    Aurora, IL 60507-8100
13880781      E-mail/Text: tammie.bennett@wolterskluwer.com Mar 13 2013 03:20:30        CT Corporation,
               PO Box 4349,    Carol Stream IL   60197-4349
13880800     +E-mail/Text: pgray@hinsdalebank.com Mar 13 2013 03:20:34        Hinsdale Bank & Trust,
               Attn: Mike Milligan,    25 E First Street,    Hinsdale, IL 60521-4119
14517836      E-mail/Text: cio.bncmail@irs.gov Mar 13 2013 03:18:27       Internal Revenue Service,
               Centralized Insolvency Operations,    P.O.Box 21126,    Philadelphia PA 19114
13880848      E-mail/Text: cio.bncmail@irs.gov Mar 13 2013 03:18:27       United States Treasury,
               Internal Revenue Service,    Cincinnati, OH  45999
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Timothy E grochocinski
13940423      Kall8
13880810      Lou D’Amico
13880813      Macke Water Systems
13880816      McDermott Will & Emery
13940330      Peter Lurie,    1170 5th Ave,    New York
13940549      Potential Transaction Parties
13880837      SKYPE
13940339      SKYpe
13940338      Shlosser, Chad
13880839      Sprint Communications
13940342      Sprint Communications
13880844      Tierra Studios,    7502 Shadyville Ln,    Houston TX  77055,    Thomas Ryan,    SkinnyCorp,
               4043 N Ravenswood
13880846      Toriyoshi Aoyamaten
13940350      Toriyoshi Aoyamaten
13880847      United Healthcare
```

```
District/off: 0752-1                  User: dross                    Page 4 of 6                   Date Rcvd: Mar 12, 2013
                                      Form ID: pdf006                Total Noticed: 173


              ***** BYPASSED RECIPIENTS (continued) *****
13880849      Unity Gain Recording Studios, Inc,    1953 Ricardo Abe,    Fort Myers FL 33901,    Visient Partners,
              53 W Jackson Blvd,   Ste 1511
13940550      Voxeo
13880832      salary.com
13940226*    +AFTRA Los Angeles,   5757 Wilshire Blvd 9th Floor,    Los Angeles, CA 90036-3681
13940237*    +AT&T,   POB 8100,   Aurora, IL 60507-8100
13940227*    +Alex Santori,   5028 Cahuenga Blvd Apt 2,    North Hollywood, CA 91601-4719
13940230*     American Express,   POB 53852,   Phoenix, AZ 85072-3852
13940231*    +Anchor Planning & Valuations, Ltd,    1010 Jorie Blvd Suite 380,    Oak Brook, Illinois 60523-4474
13940238*    +Avalon Recording Studio,   649 SW Whitmore Drive,    Port St Lucie Fl 34984-3567
13940240*    +Baytree Finance Company,   721 McKinley Road,    Lake Forest, Il 60045-1849
13940242*    +Boyer Consulting Inc,   2708 Cheyenne Dr,    Naperville, IL 60565-5321
13940244*    +Brian Fink,   12652 Sarah St,   Studio City, CA 91604-1115
13940245*    +Buffer Enterprises,   131 Fleet Street,   Marina del Rey, CA 90292-5736
13940251*    +CESD Attn: Peter Varano,   10635 Santa Monica Blvd, Suite 130/135,    Los Angeles, CA 90025-8300
13940253*    +CESD/Jane Windsor,   10635 Santa Monica Blvd Suite 130,    Los Angeles, CA 90025-8306
13940261*     CT Corporation,   POB 4349,   Carol Stream, IL 60197-4349
13940254*    +Chabad Lubavich Media Center,   784 Eastern Parkway #405,    Brooklyn, NY 11213-3409
13940257*    +Chris Edgerly c/o CESD Talent Agency,    10635 Santa Monica Blvd Ste 130,
              Los Angeles, CA 90025-8306
13940259*    +Covad Communications Dept 33258,    POB 39000,   San Francisco, CA 94139-0001
13880787*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     Payment Processing Center,    P.O. Box 5292,
              Carol Stream, IL 60197-5292,    DG Entertainment,    3280 Cahuenga Blvd)
13940263*    +Dan Garcia,   253 South Broadway 406,    Los Angeles, CA 90012-3635
13940264*    +Daniel Raim,   3055 Future Street,    Los Angeles, CA 90065-1973
13940265*    +Dave & Dave,   4421 Lankershim Blvd,    Toluca Lake, CA 91602-2306
13940275*    +Excel,   2461 Santa Monica Blvd Ste 201,    Santa Monica, CA 90404-2137
13940279*     Florida State Disbursement Unit,    POB 8500,   Tallahassee, FL 32314-8500
13940287*    +Ideas Producer,   12711 Mitchell Ave Suite 1,    Los Angeles, CA 90066-4700
13940288*    +In A GArage,   5839 Gren Valley Circle,    Culver City, CA 90230-6962
13940289*    +Jackye Swidler,   2212 S Bentley Ave #1,    Los Angeles, CA 90064-1943
13940290*    +JamBox Entertainment,   352 Seventh Avenue,    New York, NY 10001-5012
13940292*    +Jayme Mazzochi,   1219 Dodds Circle,    Los Angeles, CA 90063-2642
13940293*     Jie Wang,   1837 N Natoma Avenue,    Chicago, IL 60707-3919
13940298*    +Josh Robert Thompson,   919 N Glendale Ave #10,    Glendale, CA 91206-2105
13940299*    +Julie Nathanson Holcom c/o CESD Talent,    10635 Santa Monica Blvd,    Los Angeles, CA 90025-8300
13940306*    +Lazar and Company CPAs,   15490 Ventura Blvd,    Suite 240,   Sherman Oaks, CA 91403-3016
13940308*    +Linsey Burritt,   838 N Hermitage,    Chicago, Illinois 60622-8830
13940310*    +Lurie, Peter,   1170 Fifth Ave 12C,    New York, NY 10029-6527
13940311*     Lyon Video 1,   201 Olentangy River Rd,    Columbus, OH 43212-3118
13940315*    +MBlox, Inc,   Dept CH 17883,   Palatine, IL 60055-0001
13940316*     MGM/UA c/o Treasury Department 1,    0250 Constellation Blvd,    Los Angeles CA 90067
13940314*    +Mary Fons,   5818 N Glenwood Ave #3,    Chicago, IL 60660-3440
13940322*    +Neighborhood America,   2210 Vanderbilt Beach Rd,    Naples, FL 34109-8722
13940323*    +Netbiscuits, Inc.,   1760 Reston Pkwy,    Suite 304,   Reston, VA 20190-3359
13940324*    +Neustar Inc Bank of America,   POB 409915,    Atlanta, GA 30384-9915
13940325*    +Open Road Entertainment,   9570 W Pico Blvd Suite 200,    Los Angeles, CA 90035-1216
13940326*    +Outer Limit Recording Studio,    1313 Walden Ave,   Buffalo, NY 14211-2821
13940328*    +PC Mac LLC,   5416 Fair Ave Suite 1-222,    North Hollywood, CA 91601-2735
13940329*    +Peer1,   2300 W 89th PL,   Miami, FL 33172-2431
13940333*     RTA/CTA Transit Benefit Program,    POB 75003,   Chicago, IL 60675-5003
13940340*    +SnackPack Productions NYC,   48 W 73rd St,    New York, NY 10023-3105
13940344*    +Studio West,   11021 Via Frontera Suite A,    San Diego, CA 92127-1720
13940345*    +The Image Generators, Inc,   18156 Darnell Dr,    Olney, MD 20832-1767
13940357*    +Vox Inc,   5670 Wilshire Blvd Suite 820,    Los Angeles, CA 90036-5613
13940358*    +Voxeo Corporation,   189 South Orange Ave #2050,    Orlando, FL 32801-3263
13940359*    +Warren O’Neill,   25-83 38th St. Apt 3A,    Astoria, NY 11103-4251
13940360*    +White Rabbit Press,   432 SE Defender Dr,    Lake City, FL 32025-6357
13940362*     Wingup Partners,   A-1 Bldg 302 1-9-2- Ebisu Minami Shibuya,    Tokyo 150-0022 Japan
13940363*    +Yellow Jersy Prods, Inc,   c/o CESD Talent,    10635 Santa Monica Blvd Ste 130,
              Los Angeles, CA 90025-8306
13940224    ##+Absolute Pitch Studios, Inc,    7101 Wisconsin Ave Suite LL01,    Bethesda, MD 20814-4872
13880758    ##American Express,    P O Box 53852,   Phoenix AZ 85072-3852
14059153    ##+CIT Technology Financing Services Inc,    Bankruptcy Processing Solutions Inc,
              800 E Sonterra Blvd, Ste 240,    San Antonio, TX 78258-3941
13940248    ##+Carl Downing,   1435 N Milwaukee Ave Ste 304,    Chicago, IL 60622-1238
13880784    ##+Daniel Raim,   3055 Future Street,    Los Angeles, CA 90065-1973
13880797    ##+GotVoice,   10512 NE 68th,   Kirkland, WA 98033-7002
13940376    ##+Guy Garcia,   130 W 79th Street,    Apt 3B,   New York, NY 10024-6481
13880803    ##+In A Garage,   5839 Gren Valley Circle,    Culver City, CA 90230-6962
13940294    ##+Joel Bennett,   Law Offices of Joel R. Bennett,    151 South Orange Drive,
              Los Angeles, CA 90036-3012
14054917    ##+Law Offices of Joel R Bennett,    151 South Orange Drive,   Los Angeles, CA 90036-3012
14100534    ##+MBlox, Inc,   c/o General Counsel,    MBlox Inc.,   455 Maude Ave Ste 100,
              Sunnyvale, CA 94085-3541
13880795    ##+Mary Fons,   5818 N Glenwood Ave #3,    Chicago IL 60660-3440
13940318    ##+Michael Konowitz,   1419 W Sunnyside Apte 2,    Chicago, IL 60640-5410
13880823    ##+Netbiscuits, Inc.,   1760 Reston Parkway,    Ste 304,   Reston VA 20190-3359
```

Case 09-16148   Doc 319   Filed 03/12/13   Entered 03/14/13 23:58:17   Desc Imaged
Certificate of Notice   Page 11 of 12

```
District/off: 0752-1                  User: dross                    Page 5 of 6                   Date Rcvd: Mar 12, 2013
                                      Form ID: pdf006                Total Noticed: 173

             ***** BYPASSED RECIPIENTS (continued) *****
13940335     ##+Sandra Franco,    2513 N Racine Ave,    Chicago, IL 60614-2112
13880754     ##+Travis Abels,    3429 Caroline Ave,    Apartment #4,   Culver City, CA 90232-7477
13940351     ##+Travis Abels,    3429 Caroline Ave #4,    Culver city, CA 90232-7477
13880851     ##+Vox Inc,   5670 Wilshire Blvd,    Suite 820,   Los Angeles CA 90036-5613
13880852     ##+Voxeo Corporation,    189 South Orange Ave.,    #2050,   Orlando FL 32801-3263
13880825     ##+Warren O'Neill,    25-83 38th St.,   Apt 3A,   Astoria, NY 11103-4251
13880854     ##+WebTone, Inc.,    1121 Bucknam Ave,   Campbell, CA 95008-5911
                                                                                              TOTALS: 19, * 54, ## 21
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2013**                        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: dross                  Page 6 of 6                  Date Rcvd: Mar 12, 2013
                               Form ID: pdf006              Total Noticed: 173
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2013 at the address(es) listed below:

        Cameron M Gulden   on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov
        David A. Newby   on behalf of Creditor   Eclips, LLC dnewby@comananderson.com,
        ejurgenson@comananderson.com
        David A. Newby   on behalf of Defendant Mark  Baker dnewby@comananderson.com,
        ejurgenson@comananderson.com
        David A. Newby   on behalf of Creditor Maker  Baker dnewby@comananderson.com,
        ejurgenson@comananderson.com
        David J Letvin   on behalf of Creditor   Hinsdale Bank & Trust Company davidletvin@aol.com
        Eric J Malnar   on behalf of Creditor   Frederick Lowe emalnar@stahlcowen.com
        Gerald F. Munitz   on behalf of Creditor   Derek Goldberg gmunitz@nealwolflaw.com,
        nwolf@nealwolflaw.com;dwolski@nealwolflaw.com;dgramlich@nealwolflaw.com
        Gerald F. Munitz   on behalf of Creditor Derek  Goldberg gmunitz@nealwolflaw.com,
        nwolf@nealwolflaw.com;dwolski@nealwolflaw.com;dgramlich@nealwolflaw.com
        Gina B Krol   on behalf of Accountant Alan D Lasko kingkrol@aol.com,
        gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol   on behalf of Attorney   Cohen and Krol gkrol@cohenandkrol.com,
        gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol   gkrol@cohenandkrol.com,
        gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol   on behalf of Trustee Gina B Krol kingkrol@aol.com,
        gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol, ESQ   on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
        jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Morgan M. Smith   on behalf of Interested Party Gary  Kawesch mmsmith@dykema.com,
        truckman@dykema.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Sara E Lorber   on behalf of Attorney   The Law Office of William J. Factor, Ltd.
        slorber@wfactorlaw.com,  nb@wfactorlaw.com
        Sara E Lorber   on behalf of Debtor   Varitalk, Inc. slorber@wfactorlaw.com,  nb@wfactorlaw.com
        Scott N. Schreiber   on behalf of Creditor   Frederick Lowe sschreiber@stahlcowen.com
        Scott N. Schreiber   on behalf of Creditor Frederick  Lowe sschreiber@stahlcowen.com
        Shelly A. DeRousse   on behalf of Creditor   Frederick Lowe sderousse@stahlcowen.com,
        cgarcia@stahlcowen.com
        William J Factor   on behalf of Debtor   Varitalk, Inc. wfactor@wfactorlaw.com,
        wfactorlaw@gmail.com;nb@wfactorlaw.com
        William J Factor   on behalf of Attorney   The Law Office of William J. Factor, Ltd.
        wfactor@wfactorlaw.com,  wfactorlaw@gmail.com;nb@wfactorlaw.com
        William J Factor   on behalf of Plaintiff   Varitalk, Inc. wfactor@wfactorlaw.com,
        wfactorlaw@gmail.com;nb@wfactorlaw.com

                                                                                                                                          TOTAL: 23