**This case was originally filed as a Chapter 11 proceeding. Gina B. Krol was appointed as Chapter 11 Trustee on October 26, 2009. On May 12, 2010, this case was converted to a Chapter 7 proceeding and Gina B. Krol was appointed as Chapter 7 Trustee on May 12, 2010.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
 §
VARITALK, INC. § Case No. 09-16148
 §
 Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Trustee's Form 2 reflects additional disbursements totalling $45,000.00. These are not included in gross receipts above as they were non-estate funds paid to third parties.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

Case 09-16148  Doc 320  Filed 03/18/13  Entered 03/18/13 16:22:18  Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
Document  Page 3 of 19
**ASSET CASES**

Page: 1

| Case No: | 09-16148 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | GINA B. KROL | Exhibit A |
|---|---|---|---|---|
| Case Name: | VARITALK, INC. | Date Filed (f) or Converted (c): | 05/04/09 (f) | |
| | | 341(a) Meeting Date: | 06/14/10 | |
| For Period Ending: 03/11/13 | | Claims Bar Date: | 03/17/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. A/R | 0.00 | 0.00 | | 0.00 | FA |
| Asset was fully administered in Chapter 11 case | | | | | |
| 2. Hinsdale Bank account | 0.00 | 0.00 | | 0.00 | FA |
| Asset was fully administered in Chapter 11 | | | | | |
| 3. Earnest Money (u) | 0.00 | 0.00 | | 0.00 | FA |
| Asset was fully administered in Chapter 11 | | | | | |
| 4. REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| Asset was fully administered in Chapter 11 | | | | | |
| 5. SALE PROCEEDS | 0.00 | 0.00 | | 0.00 | FA |
| Asset was fully administered in Chapter 11 | | | | | |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. Earnest Money (u) | 0.00 | 0.00 | | 0.00 | FA |
| Asset was fully administered in Chapter 11 | | | | | |
| 8. PATENT | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 9. Bond Refund (u) | 1,142.00 | 0.00 | | 1,142.00 | FA |
| 10. ACH Refund (u) | 0.00 | 0.00 | | 266.34 | FA |
| 11. TAX REFUND (u) | 0.00 | 61,387.48 | | 61,682.26 | FA |
| 12. Chapter 11 Assets | 0.00 | 606,940.55 | | 629,240.97 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 171.16 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,142.00  $670,328.03  $694,502.73  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is negotiating administrative claims. This case will be administratively insolvent.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)* **Asset 12 was used to recapture assets administered during the Chapter 11

LFORM1                                                                                                                                                   Ver: 17.01

| | | | |
|---|---|---|---|
| Case No: | 09-16148   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | GINA B. KROL |
| Case Name: | VARITALK, INC. | Date Filed (f) or Converted (c): | 05/04/09 (f) |
| | | 341(a) Meeting Date: | 06/14/10 |
| | | Claims Bar Date: | 03/17/11 |

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/13

/s/    GINA B. KROL
_____ Date: _____
    GINA B. KROL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | VARITALK, INC. | | Bank Name: | The Private Bank |
| | | | Account Number / CD #: | *******7 30  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/09 | 1 | DISNEY WORLDWIDE SERVICES | CABLE NETWORKS DEPOSIT CHK# 0072910 | 1121-000 | 1,803.91 | | 1,803.91 |
| 11/05/09 | 1 | ZIPIT WIRELESS, INC | A/R DEPOSIT CHK# 5498 | 1121-000 | 300.00 | | 2,103.91 |
| 11/05/09 | 000101 | PEER 1 MANAGED HOSTING | ACCT. 5737425 | 6910-000 | | 3,327.92 | -1,224.01 |
| 11/06/09 | 2 | HINSDALE BANK | WIRE TRANSF | 1129-000 | 47,885.49 | | 46,661.48 |
| 11/09/09 | 000102 | INTERNATIONAL SURETIES, LTD. | BOND | 2300-000 | | 500.00 | 46,161.48 |
| | | Suite 1700 | BOND PREM - 11/7/09 - 11/07/10 | | | | |
| | | 210 Baronne Street | | | | | |
| | | New Orleans, LA  70112 | | | | | |
| 11/09/09 | 000103 | SANDRA FRANCO | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 1,231.81 | 44,929.67 |
| 11/09/09 | 000104 | ROBERT GRAY | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 3,356.15 | 41,573.52 |
| 11/09/09 | 000105 | LYNDSEY HAHN | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 1,341.38 | 40,232.14 |
| 18/09/09 | 000106 | MICHAEL KONOWITZ | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 1,315.43 | 38,916.71 |
| 11/09/09 | 000107 | BENJAIMIN LUDWIG | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 592.86 | 38,323.85 |
| 11/09/09 | 000108 | MATTHEW MCFARLAND | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 262.32 | 38,061.53 |
| 11/09/09 | 000109 | CHERYL MC NAMEE | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 1,192.15 | 36,869.38 |
| 11/09/09 | 000110 | DEREK STOKER | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 400.56 | 36,468.82 |
| 11/10/09 | 1 | RAZORFISH & AFFILIATES | A/R DEPOSIT CHK# 250915 | 1121-000 | 795.00 | | 37,263.82 |
| 11/10/09 | 000111 | KALL 8 | PHONE SERV - # D85445 | 6910-000 | | 32.02 | 37,231.80 |
| 11/10/09 | 000112 | KALL 8 | PHONE SERV - # D88177 | 6910-000 | | 176.47 | 37,055.33 |
| 11/12/09 | 001001 | VOXEO CORPORATION | PHONE SERVICE | 6910-000 | | 3,430.10 | 33,625.23 |
| 11/16/09 | 001002 | PEER 1 SERVER BEACH | A/P | 6910-000 | | 1,663.96 | 31,961.27 |
| 11/23/09 | | BENJAIMIN LUDWIG | DIR DEP PAY PERIOD 10/16 - 11/15/09 | 6950-000 | | 277.50 | 31,683.77 |
| 11/23/09 | | MICHAEL KONOWITZ | DIR DEP PAY PERIOD 10/16 - 11/15/09 | 6950-000 | | 1,315.43 | 30,368.34 |
| 11/23/09 | | LYNDSEY HAHN | DIR DEP PAY PERIOD 10/16 - 11/15/09 | 6950-000 | | 1,341.38 | 29,026.96 |
| 11/23/09 | | ROBERT GRAY | DIR DEP PAY PERIOD 10/16 - 11/15/09 | 6950-000 | | 3,356.15 | 25,670.81 |
| 11/23/09 | 001003 | MONADNOCK BUILDING | RENT - OCT & NOV | 6950-000 | | 4,549.00 | 21,121.81 |
| 11/24/09 | 3 | CITIBANK NYC | Earnest Money | 1129-000 | 22,500.00 | | 43,621.81 |
| 11/24/09 | 1 | DISNEY WORLDWIDE SERVICES | A/R DEPOSIT CHK# 7375291 | 1121-000 | 1,413.70 | | 45,035.51 |
| 11/24/09 | 1 | LIFETIME NETWORKS | A/R DEPOSIT CHK# 177898 | 1121-000 | 153.83 | | 45,189.34 |
| 11/30/09 | | THE PRIVATE BANK | CHECK CHARGES | 6950-000 | | 34.09 | 45,155.25 |
| 12/02/09 | 001004 | MILLER ADVERTISING AGENCY, INC. | CLASSIFIED ADS | 6950-000 | | 4,724.00 | 40,431.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals    74,851.93    34,420.68

Ver: 17.01

LFORM24

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | VARITALK, INC. | | Bank Name: | The Private Bank | Exhibit B |
| | | | Account Number / CD #: | *******7 30 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******0267 | | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/09 | 001005 | ROBERT GRAY | WAGES | 6950-000 | | 3,356.15 | 37,075.10 |
| 12/03/09 | 001006 | LYNDSEY HAHN | WAGES | 6950-000 | | 1,341.38 | 35,733.72 |
| 12/03/09 | 001007 | MICHAEL KONOWITZ | WAGES | 6950-000 | | 1,315.43 | 34,418.29 |
| * 12/03/09 | 001008 | BENJAIMIN LUDWIG | WAGES | | | 277.50 | 34,140.79 |
| * 12/03/09 | 001008 | BENJAIMIN LUDWIG | WAGES VOIDED CHECK | | | -277.50 | 34,418.29 |
| 12/21/09 | 1 | GREATER DES MOINES PARTNERSHIP | A/P | 1121-000 | 6,000.00 | | 40,418.29 |
| 12/21/09 | 001009 | MONADNOCK BUILDING | RENT - DEC`09 | 6950-000 | | 2,304.15 | 38,114.14 |
| 12/23/09 | 001010 | ROBERT GRAY | WAGES | 6950-000 | | 3,580.39 | 34,533.75 |
| 12/23/09 | 001011 | MICHAEL KONOWITZ | WAGES | 6950-000 | | 1,315.45 | 33,218.30 |
| 12/23/09 | | TAXES | ELEC DEBIT FOR PAYROLL TAXES ($2693.47-) | 2810-000 | | 2,247.75 | 30,970.55 |
| 12/28/09 | 3 | HARRY KARGMAN | WIRE TRANSFER - EARNEST MONEY | 1129-000 | 22,500.00 | | 53,470.55 |
| 12/29/09 | 001012 | CAROL A-RABER | COURT REP - TRANSCRIPT | 6950-000 | | 239.00 | 53,231.55 |
| 12/31/09 | 4 | UNITED HEALTH CARE GROUP | REFUND - OVERPYMT DEPOSIT CHK# 0404 | 1229-000 | 822.28 | | 54,053.83 |
| 01/05/10 | | ELEC. DEBIT FOR PAYROLL | | 6950-000 | | 8,221.94 | 45,831.89 |
| 01/05/10 | | ERIC & JULI FRANKEL | WIRE TRANSFER - BREAKUP FEE | 6990-000 | | 15,000.00 | 30,831.89 |
| 01/05/10 | | ERIC & JULI FRANKEL | WIRE TRANSFER - REFUND EARNEST return of earnest money | 1129-002 | | 22,500.00 | 8,331.89 |
| 01/14/10 | 5 | VARITALK HOLDINGS, LLC | Proceeds of sale | 1129-000 | 525,000.00 | | 533,331.89 |
| 01/15/10 | | HARRY KARGMAN | return of earnest money | 1129-002 | | 22,500.00 | 510,831.89 |
| 01/20/10 | | ELEC. DEBIT FOR PAYROLL | TAXES | 2810-000 | | 8,211.29 | 502,620.60 |
| 01/25/10 | 001013 | EXTRA SPACE STORAGE | RENT | 6950-000 | | 219.00 | 502,401.60 |
| 01/27/10 | 001014 | MONADNOCK BUILDING | RENT - SUITE 1610 | 6950-000 | | 2,527.85 | 499,873.75 |
| 01/31/10 | | THE PRIVATE BANK | STM 1/31/10 | 2810-000 | | 3,192.57 | 496,681.18 |
| 02/02/10 | 001015 | VOXEO CORPORATION | SEV INVOICE | 6910-000 | | 7,361.38 | 489,319.80 |
| 02/04/10 | 001016 | U. S. POST OFFICE | POSTAGE | 6950-000 | | 150.00 | 489,169.80 |
| 02/05/10 | | TAXES | ELECTRONIC DEBIT - PAYROLL TAXES | 2810-000 | | 7,821.41 | 481,348.39 |
| 02/08/10 | 001017 | PEER 1 | A/P | 6910-000 | | 3,327.92 | 478,020.47 |
| 04/19/10 | 001018 | THE SIMON LAW FRIM | ATTY FEES AS SP CSL | 6210-000 | | 16,905.00 | 461,115.47 |
| 04/29/10 | 001019 | THE SIMON LAW FRIM | ATTY EXPENSES SP CSL | 6220-000 | | 119.60 | 460,995.87 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals 554,322.28 133,757.66

Ver: 17.01

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL |
| Case Name: | VARITALK, INC. | | Bank Name: | The Private Bank |
| | | | Account Number / CD #: | *******7 30  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/10 | 001020 | INTERNATIONAL SURETIES, LTD.<br>Suite 1700<br>210 Baronne Street<br>New Orleans, LA 70112 | BOND PREM 11/7/09 - 11/7/10 | 2300-000 | | 1,831.00 | 459,164.87 |
| 06/16/10 | 10 | ACH Refund | | 1290-000 | 266.34 | | 459,431.21 |
| 06/16/10 | 001021 | Gina B. Krol, Trustee | Close Account<br>Transfer to Chapter 7 account at Bank of America | 9999-000 | | 459,431.21 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 629,440.55 | 629,440.55 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 459,431.21 | |
| Subtotal | 629,440.55 | 170,009.34 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 629,440.55 | 170,009.34 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Page Subtotals        266.34        461,262.21

Ver: 17.01

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VARITALK, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0238 Checking Account |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 204,396.04 | | 204,396.04 |
| 09/17/12 | 030001 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per court order | 3410-000 | | 9,466.40 | 194,929.64 |
| 09/17/12 | 030002 | Alan D. Lasko<br>29 S.LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant expenses per court order | 3420-000 | | 65.25 | 194,864.39 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.63 | 194,739.76 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.08 | 194,615.68 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 119.98 | 194,495.70 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.91 | 194,371.79 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 288.94 | 194,082.85 |
| 02/13/13 | 030003 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 168.19 | 193,914.66 |

| | | | | COLUMN TOTALS | 204,396.04 | 10,481.38 | 193,914.66 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers/CD's | 204,396.04 | 0.00 | |
| | | | | Subtotal | 0.00 | 10,481.38 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 10,481.38 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals  204,396.04  10,481.38

Ver: 17.01

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-16148 -ABG | |
| Case Name: | VARITALK, INC. | |
| Taxpayer ID No: | *******0267 | |
| For Period Ending: | 03/11/13 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0163 Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/14/10 | 1 | Disney Worldwide Services | A/R<br>Account Receivable due Debtor | 1121-003 | 1,803.91 | | 1,803.91 |
| * 06/16/10 | 1 | Disney Worldwide Services | A/R<br>entered in error | 1121-003 | -1,803.91 | | 0.00 |
| 06/16/10 | | Gina B. Krol, Trustee | From DIP Account | 9999-000 | 459,431.21 | | 459,431.21 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 8.77 | | 459,439.98 |
| 07/08/10 | 1 | Moderati<br>222 Sutter Street<br>#450<br>San Francisco, CA 94108 | | 1121-000 | 66.76 | | 459,506.74 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.32 | | 459,534.06 |
| 08/02/10 | 8 | Varitalk Holdings, LLC | Sale of Patents | 1129-000 | 2,000.00 | | 461,534.06 |
| 08/23/10 | 9 | Global Surety, LLC<br>One Shell Square<br>701 Poydras Street, Ste. 420<br>New Orleans, LA 70139 | Bond Refund | 1229-000 | 1,142.00 | | 462,676.06 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.43 | | 462,703.49 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 26.62 | | 462,730.11 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.51 | | 462,757.62 |
| 11/08/10 | 000301 | Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-012 | 2009 1120S Liability 26-0660267 | 2810-000 | | 170,226.00 | 292,531.62 |
| 11/08/10 | 000302 | Illinois Department of Revenue<br>PO Box 19008<br>Springfield, IL 62794-9008 | 2009 IL1120S 26-06600267 | 2820-000 | | 33,247.00 | 259,284.62 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 22.67 | | 259,307.29 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.42 | | 259,322.71 |
| 01/26/11 | 000303 | Jackleen De Fini<br>219 S. Dearborn St.<br>Chicago, IL 60604 | Transcript | 2990-000 | | 72.75 | 259,249.96 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.42 | | 259,265.38 |
| 02/07/11 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 219.93 | 259,045.45 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals 462,811.13 203,765.68

Ver: 17.01

LFORM24

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VARITALK, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0163 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND | | | | |
| 02/17/11 | 000305 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 5,060.20 | 253,985.25 |
| 02/17/11 | 000306 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenses per Court Orde | 3410-000 | | 32.90 | 253,952.35 |
| 03/01/11 | 000307 | In Demand<br>200 W. Adams<br>Suite LL110<br>Chicago, IL 60606 | Copies | 2990-000 | | 525.00 | 253,427.35 |
| 03/16/11 | 000308 | Law Office of William J. Factor<br>105 W. Madison Street<br>Chicago, IL 60602 | Chapter 11 Attorneys Fees<br>Interim payment | 6700-000 | | 71,526.24 | 181,901.11 |
| 04/13/11 | 000309 | Hinsdale Bank & Trust Company<br>c/o Letvin & Stein<br>541 N. Fairbanks Court<br>Suite 2121<br>Chicago, IL 60611 | Per Citation to Discover Assets<br>Per Citation, Hinsdale to receive a % of Lowe's administrative claim distribution. This check represents Lowe's pro rata share of Trustee's initial distribution to administrative claimants. | 6990-000 | | 19,458.73 | 162,442.38 |
| 04/13/11 | 000310 | Stahl, Cowen, Crowley & Addis<br>c/o Scott Schreiber<br>55 W. Monroe St.,<br>Suite 1200<br>Chicago, IL 60603 | Per Citation, Stahl Cowen to receive a % of Lowe's administrative claim distribution. This check represents Lowe's pro rata share of Trustee's initial distribution to administrative claimants. | 6990-000 | | 3,996.53 | 158,445.85 |
| 04/13/11 | 000311 | Frederick Lowe<br>c/o Stahl, Cowen, Crowley & Addis<br>55 W. Monroe St.<br>Suite 1200<br>Chicago, IL 60603 | Per Citation, Frederick Lowe is to receive a % of his administrative claim distribution, along with Hinsdale Bank and Stahl Cowen. This check represents Lowe's pro rata share of Trustee's initial distribution to administrative claimants. | 6990-000 | | 5,018.50 | 153,427.35 |

| | | | Page Subtotals | | 0.00 | 105,618.10 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Ver: 17.01

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | VARITALK, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0163 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/18/11 | 000312 | Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | Balance due on tax return | 2990-000 | | 7,705.33 | 145,722.02 |
| 09/15/11 | 11 | Department of Treasury<br>Internal Revenue Service | Post Petition Tax Refund | 1224-000 | 61,387.48 | | 207,109.50 |
| 09/15/11 | 11 | Department of Treasury<br>Internal Revenue Service | Interest on Post Petition Tax Refun | 1224-000 | 294.78 | | 207,404.28 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 264.23 | 207,140.05 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 255.38 | 206,884.67 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 255.06 | 206,629.61 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 270.99 | 206,358.62 |
| 02/06/12 | 000313 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 186.18 | 206,172.44 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 245.14 | 205,927.30 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 253.19 | 205,674.11 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 261.31 | 205,412.80 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 260.98 | 205,151.82 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 243.83 | 204,907.99 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 268.73 | 204,639.26 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 243.22 | 204,396.04 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 204,396.04 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Page Subtotals    61,682.26    215,109.61

Ver: 17.01

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL |
| Case Name: | VARITALK, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0163 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 524,493.39 | 524,493.39 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 459,431.21 | 204,396.04 | |
| | | | Subtotal | | 65,062.18 | 320,097.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 65,062.18 | 320,097.35 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7 30 | 629,440.55 | 170,009.34 | 0.00 |
| Checking Account - ********0238 | 0.00 | 10,481.38 | 193,914.66 |
| Money Market Account (Interest Earn - ********0163 | 65,062.18 | 320,097.35 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 694,502.73 | 500,588.07 | 193,914.66 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 03/11/13

GINA B. KROL

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-16148
Case Name: VARITALK, INC.
Trustee Name: GINA B. KROL

    Balance on hand     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko | $ | $ | $ |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |
| Other: Alan D. Lasko | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Cohen & Krol | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Frederick Lowe | $ | $ | $ |
| Other: Law Offices of William Factor | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000026A | Robert Gray<br>5511 W 175th Street<br>Tinley Park, IL | $ | $ | $ |
| 000044A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Open Road Entertainment<br>9570 W. Pico Blvd<br>Suite 200<br>Los Angeles, CA 90035 | $ | $ | $ |
| 000002 | GotVocie<br>10512 NE 68th<br>Kirkland, WA 98033 | $ | $ | $ |
| 000003 | Heavenspot c/o Revenue Assurance Partners<br>19399 Helenberg Rd<br>Covington LA 70433 | $ | $ | $ |
| 000004 | Jayme Mazzochi<br>1219 Dodds Circle<br>Los Angeles, CA 90063 | $ | $ | $ |
| 000005 | Jams, Inc.<br>PO Box 512850<br>Los Angeles, CA 90051-0850<br>Jonnell Agnew & Associates<br>170 South Euclid Ave<br>Pasadena CA 91101 | $ | $ | $ |
| 000006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000008 | Non Broadcast Industrial<br>Sophie Carpenter<br>5757 Wilshire Blvd<br>9th Floor<br>Los Angeles CA 90036<br>Shlosser, Chad | $ | $ | $ |
| 000009 | Moderati<br>795 Folsom Street<br>Suite 250<br>San Fransisco, CA 94107 | $ | $ | $ |
| 000010 | Stephen Drimmer<br>12376 Ridge Circle<br>Los Angeles, CA 90049 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Law Offices of Joel R Bennett<br>151 South Orange Drive<br>Los Angeles, CA 90036 | $ | $ | $ |
| 000012 | Faith Inc<br>Imon-Meij's - Yasudaseimei - Bldg<br>566-1 Toraya-cho, Karasumadori-Oike-Saga<br>Nakagyo-Ku<br>Kyoto 604-8171, Japan | $ | $ | $ |
| 000013 | CIT Technology Financing Services Inc<br>Bankruptcy Processing Solutions Inc<br>800 E Sonterra Blvd, Ste 240<br>San Antonio, TX 78258 | $ | $ | $ |
| 000014 | MBlox, Inc<br>c/o General Counsel<br>MBlox Inc.<br>455 Maude Ave Ste 100<br>Sunnyvale, CA 94085 | $ | $ | $ |
| 000015 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000016 | Hinsdale Bank & Trust<br>Attn: Mike Milligan<br>25 E First Street<br>Hinsdale, IL 60521 | $ | $ | $ |
| 000018B | Derek Goldberg<br>c/o Joel A. Schechter<br>53 West Jackson<br>Suite 1610<br>Chicago, IL 60604 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Carl Downing<br>1435 N Milwaukee Ave Ste 304<br>Chicago, IL 60622 | $ | $ | $ |
| 000021 | Netbiscuits, Inc.<br>1760 Reston Parkway<br>Ste 304<br>Reston VA 20190 | $ | $ | $ |
| 000022 | Neighborhood America<br>2210 Vanderbilt Beach Rd<br>Naples FL 34109 | $ | $ | $ |
| 000023 | Varitalk Holdings LLC, Assignee for<br>Mark Baker and Eclips LLC<br>c/o Mr. Harry Kargman<br>656 W. Randolph St., Suite 2E<br>Chicago, IL 60661 | $ | $ | $ |
| 000026B | Robert Gray<br>5511 W 175th Street<br>Tinley Park, IL | $ | $ | $ |
| 000027 | Robert Gray<br>5511 W 175th Street<br>Tinley Park, IL | $ | $ | $ |
| 000042 | Doug Krintzman<br>43 23rd Ave #4<br>Venice, CA 90291 | $ | $ | $ |
| 000043 | Sandra Franco<br>William S Garland<br>23812 Harbor Vista Drive<br>Malibu, CA 90265 | $ | $ | $ |
| 000049 | Dave & Dave<br>4421 Lankershim Blvd<br>Toluca Lake, CA 91602 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000050 | Lazar and Company CPAs<br>15490 Ventura Blvd<br>Suite 240<br>Sherman Oaks, CA 20190 | $ | $ | $ |
| 000052 | Davis Graham & Stubbs LLP<br>1550 Seventeenth Street<br>Ste 500<br>Denver, CO 80202<br>Attn: Duane Stutzman | $ | $ | $ |
| 000053 | Law Office of Ralph J. Schindler Jr<br>53 West Jackson Blvd<br>Suite 818<br>Chicago, IL 60604 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000044B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors              $_____

Remaining Balance                                                                      $_____