A. BENJAMIN GOLDGAR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VARITALK, INC. | § | Case No. 09-16148 ABG |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on              , and it was converted to chapter 7 on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/GINA B. KROL _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hinsdale Bank & Trust Co. Mike Milligan 25 East First Street Hinsdale, IL  60521 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| DEPARTMENT OF TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| DEPARTMENT OF TREASURY | | | | | |
| IN DEMAND | | | | | |
| JACKLEEN DE FINI | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| LAW OFFICES OF WILLIAM FACTOR | | | | | |
| LAW OFFICE OF WILLIAM J. FACTOR | | | | | |
| FREDERICK LOWE | | | | | |
| FREDERICK LOWE | | | | | |
| FREDERICK LOWE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STAHL, COWEN, CROWLEY & ADDIS | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frederick Lowe 1311-H S Plymouth Court Chicago, IL | | | | | |
| 000026A | ROBERT GRAY | | | | | |
| 000044A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ASC Corp. Attn: Amar Salman 5329 SW 38th Ave. Fort Laudlerdale,  FL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8100 Aurora, IL  60507 | | | | | |
| | Absolute Pitch Studios, Inc. 7101 Wisconsin Ave  Suite LL01 Bethesda MD  20814 | | | | | |
| | Admob Inc 60 E 3rd Ave  Ste 225 San Mateo CA  94401 | | | | | |
| | Alex Santori 5028 Cahuenga Blvd  Apt 2 North Hollywood CA  91606 | | | | | |
| | American Color Labs, Inc 611 West Adams St  1st Floor Chicago, IL  60661-3603 | | | | | |
| | American Express P O Box 53852 Phoenix AZ  85072-3852 | | | | | |
| | Anchor Planning & Valuations, Ltd. 1010 Jorie Blvd. Suite 380 Oak Brook, Illinois  60523 | | | | | |
| | Andrew Cattau 4205 Corriente Pl. Boulder,  CO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anonymous Content 3532 Hayden Ave Culver City, CA 90232 | | | | | |
| | Anthony James 1640 Formosa Ave. Los Angeles,  CA | | | | | |
| | Ariel Elazar Storch 2259 N Gower St Los Angeles, CA 90028 | | | | | |
| | Avalon Recording Studio 649 SW Whitmore Drive Port St Lucie FL  34984 | | | | | |
| | Barbara Glazer 110 S. Fairfax Ave. Suite 200 Los Angeles, CA | | | | | |
| | Baytree Finance Company 721 McKinley Road Lake Forest, IL  60045 | | | | | |
| | Big Picture Advertising 3715 Meadville Dr Sherman Oaks, CA  91403 | | | | | |
| | Boyer Consulting Inc 2708 Cheyenne Dr Naperville, IL 60565 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boyer Consulting, Inc. 708 Cheyenne Drive Naperville, IL | | | | | |
| | Brian Fink 12652 Sarah St. Studio City, CA  91604 | | | | | |
| | Buffer Enterprises 131 Fleet Street Marina del Rey, CA 90292 | | | | | |
| | Buttons Sound Inc 2 W 45th St  Ste 603 New York NY 10036 | | | | | |
| | CESD  Attn: Peter Varano 10635 Santa Monica Blvd, Suite 130/135 Los Angeles, CA  90025 | | | | | |
| | CESD Talent Agency 10635 Santa Monica Blvd Los Angeles CA  90025 | | | | | |
| | CESD Talent Agency 10635 Santa Monica Blvd Ste 130 Los Angeles CA  90025 | | | | | |
| | CESD/Jane Windsor 10635 Santa Monica Blvd  Suite 130 Los Angeles, CA  90025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CT Corporation PO Box 4349 Carol Stream IL  60197-4349 | | | | | |
| | Cardmember Service PO Box 15153 Wilmington DE 19886-5153 | | | | | |
| | Cassau, Benjamin 7607 Lexington Ave West Hollywood, CA  90046 | | | | | |
| | Ceridian Benefits Services PO Box 10989 Newark NJ  07193 | | | | | |
| | Chabad Lubavich Media Center 784 Eastern Parkway #405 Brooklyn, NY  11213 | | | | | |
| | Chase Visa Cardmember Services PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Chris Edgerly  c/o CESD Talent Agency 10635 Santa Monica Blvd Ste 130 Los Angeles CA  90025 | | | | | |
| | Columbian Agency 1005 Laraway Rd New Lenox, IL 60451 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Covad Communications  Dept 33258 PO Box 39000 San Francisco CA  94139 | | | | | |
| | Creative Caffeine Studio 2937 Berry Hill Dr Nashville, TN 37211 | | | | | |
| | Crystal Sound 4025 Greenview Drive Urbandale, IA  50322 | | | | | |
| | DG Entertainment 3280 Cahuenga Blvd. West Los Angeles, CA  90068 | | | | | |
| | Dalina Law Group 530 South Lake Ave. Suite 422 Pasadena,  CA  91101 | | | | | |
| | Dan Garcia 253 South Broadway 406 Los Angeles CA  90012 | | | | | |
| | Daniel Raim 3055 Future Street Los Angeles CA  90065 | | | | | |
| | Dave & Dave 4421 Lankershim Blvd Toluca Lake, CA  91602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Davis Graham & Stubbs LLP 1550 Seventeenth St. Suite 500 Denver, CO  80202 | | | | | |
| | Dell Financial Services P.O. Box 5292 Carol Stream, IL 60197-5292 | | | | | |
| | Derek Goldberg 53 West Jackson Suite 1610 Chicago, IL  60604 | | | | | |
| | ELS Corporate Services PTE LTD 47B Tras Street Singapore  078986 | | | | | |
| | Employment Development Dept PO Box 826846 Sacramento CA  94246-0001 | | | | | |
| | Excel 2461 Santa Monica Blvd  Ste 201 Santa Monica, CA  90404 | | | | | |
| | Fifth Circle Audio 4353 Berryman Ave #4 Los Angeles CA  90066 | | | | | |
| | First Insurance Group 450 Skokie Blvd., Ste 1000 Northbrook, IL  60065-3306 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Florida State Disbursement Unit PO Box 8500 Tallahassee, FL  32314-8500 | | | | | |
| | Guy Endore Kaiser 3253 Oakshire Dr. Los Angeles, CA | | | | | |
| | Hankin Patent Law 6404 Wilshire Blvd. Suite 1020 Los Angeles, CA  90048 | | | | | |
| | Harvard Business Review PO Box 62270 Tampa FL  33662-2703 | | | | | |
| | Hong Chen 1837 N Natoma Avenue Chicago, IL  60707-3919 | | | | | |
| | Ideas Producer 12711 Mitchell Ave. Suite 1 Los Angeles CA 90066 | | | | | |
| | In A Garage 5839 Gren Valley Circle Culver City, CA  90230 | | | | | |
| | Jackye Swidler 2212 S Bentley Ave  #1 Los Angeles CA  90064 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JamBox Entertainment 352 Seventh Avenue New York NY  10001 | | | | | |
| | Jie Wang 1837 N Natoma Avenue Chicago, IL  60707-3919 | | | | | |
| | John Rigney  c/o Level Four LLC 11812 San Vicente Blvd. Fourth Floor Los Angeles CA 90049 | | | | | |
| | Jonathan Bailey 832 Robinson St. Los Angeles CA  90026 | | | | | |
| | Jonnell Agnew & Assocs. 170 South Euclid Avenue Pasadena,  CA  91101 | | | | | |
| | Josh Robert Thompson 919 N Glendale Ave  #10 Glendale CA  91206 | | | | | |
| | Julie Nathanson Holcom c/o CESD Talent 10635 Santa Monica Blvd Los Angeles CA 90025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Katie Thibodeaux, CSR 312 North Spring Street Room 436 Los Angeles, CA  90012 | | | | | |
| | Kelli Norden and Associates 11726 San Vicente Blvd  Ste 205 Los Angeles CA  90049 | | | | | |
| | Konica Minolta Attn: Customer Svc. P.O. Box 550599 Jacksonville, FL 32255-0599 | | | | | |
| | Konica Minolta Business Solutions USA In 13847 Collections Center Drive Chicago, IL  60693 | | | | | |
| | LaMeisha Taylor 1026 E Hyde Park Blvd. Chicago, IL 60630 | | | | | |
| | Linda Posivak 2272 Manning Avenue Los Angeles CA 90064 | | | | | |
| | Linsey Burritt 838 N Hermitage Chicago, Illinois 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lou D'Amico 14723 Trumbull Midlothian, IL  60445 | | | | | |
| | Lurie, Peter 1170 Fifth Ave 12C New York, NY  10029 | | | | | |
| | Lyon Video 1 201 Olentangy River Rd Columbus OH 43212-3118 | | | | | |
| | MGM/UA  C/O Treasury Department 1 0250 Constellation Blvd Los Angeles CA  90067 | | | | | |
| | Macke Water Systems P.O. Box 545 Wheeling,  IL  60090 | | | | | |
| | Mary Fons 5818 N Glenwood Ave #3 Chicago IL  60660 | | | | | |
| | Michael Greenfeld 110 S. Fairfax Ave. Suite 200 Los Angeles, CA | | | | | |
| | Michael Konowitz 1419 W Sunnyside, Apt 2 Chicago, IL 60630 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Montauk Co. 53 W Jackson Blvd Ste 850 Chicago, IL 60604 | | | | | |
| | Myxer Inc. 245 N Ocean Drive Deerfield, FL  33441 | | | | | |
| | Neustar Inc Bank of America P.O. Box 409915 Atlanta GA 30384 | | | | | |
| | Outer Limit Recording Studio 1313 Walden Ave Buffalo NY 14211 | | | | | |
| | PC Mac LLC 5416 Fair Ave Suite 1-222 North Hollywood CA  91601 | | | | | |
| | Peer1 2300 W 89th Pl Miami, FL  33172 | | | | | |
| | Peter Lurie 1170 5th Ave. New York | | | | | |
| | RTA/CTA Transit Benefit Program P.O. Box 75003 Chicago, IL  60675-5003 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ron Rose Productions LTD 29277 Southfield Southfield MI 48076 | | | | | |
| | SKYPE | | | | | |
| | Salli Saffioti c/o CESD Talent Agency 10635 Santa Monica Blvd Ste 130 Los Angeles CA 90025 | | | | | |
| | Script 1-6-3-501 Shibuya Shibuya-Ku, Tokyo Japan | | | | | |
| | Sean Astin Non Broadcast Industrial Sophie Carpenter 5757 Wilshire Blvd., 9th Floor Los Angeles, CA 90067 | | | | | |
| | Shlosser, Chad | | | | | |
| | SnackPack Productions NYC 48 W 73rd St New York NY 10023 | | | | | |
| | Sophie Carpenter 5757 Wilshire Blvd 9th Floor Los Angeles CA 90036 | | | | | |
| | Sprint Communications | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Studio West 11021 Via Frontera  Suite A San Diego CA  92127 | | | | | |
| | The Image Generators, Inc 18156 Darnell Dr Olney MD 20832 | | | | | |
| | Thomas Ryan 4043 N. Ravenswood, Suite 106 Chicago,  IL | | | | | |
| | Throat Apples, Inc.  Attn: Kevin Motley 6767 Forest Lawn Drive Los Angeles, CA 90068 | | | | | |
| | Tierra Studios 7502 Shadyville Ln Houston TX 77055 | | | | | |
| | Tony Howard c/o ICM 10250 Constellation Way Ninth Floor Los Angeles, CA  90067 | | | | | |
| | Toriyoshi Aoyamaten | | | | | |
| | Travis Abels 3429 Caroline Ave, #4 Culver City, CA 90232 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unit 2249 Twisted Pine Rd Ocoee FL  34761 | | | | | |
| | United Healthcare P.O. Box 1747 Brookfield, Wisconsin 53008 | | | | | |
| | Unity Gain Recording Studios, Inc 1953 Ricardo Abe Fort Myers FL  33901 | | | | | |
| | Visient Partners 53 W Jackson Blvd  Ste 1511 Chicago, IL 60604 | | | | | |
| | VoIP, Inc. 151 S Wymore Rd Ste 3000 Altamonte Springs FL  32714 | | | | | |
| | Vox Inc 5670 Wilshire Blvd Suite 820 Los Angeles CA 90036 | | | | | |
| | Voxeo Corporation 189 South Orange Ave. #2050 Orlando FL  32801 | | | | | |
| | Warren O'Neill 25-83 38th St. Apt 3A Astoria, NY  11103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | White Rabbit Press 432 SE Defender Dr Lake City FL 32025 |  |  |  |  |  |
|  | William S Garland 23812 Harbor Vista Drive Malibu, CA  90265 |  |  |  |  |  |
|  | Wingup Partners A-1 Bldg. 302 1-9-2 Ebisu Minami Shibuya Tokyo  150-0022 Japan |  |  |  |  |  |
|  | Yellow Jersy Prods, Inc  c/o CESD Talent 10635 Santa Monica Blvd Ste 130 Los Angeles CA  90025 |  |  |  |  |  |
|  | Yu-Chen Chih 2F., #3 Alley 2, Lane 212, Chungcheng Rd Taipei,  111   Taiwan, ROC |  |  |  |  |  |
|  | Zoccolillo, Justin |  |  |  |  |  |
| 000019 | CARL DOWNING |  |  |  |  |  |
| 000006 | CHASE BANK USA NA |  |  |  |  |  |
| 000013 | CIT TECHNOLOGY FINANCING SERVICES I |  |  |  |  |  |
| 000049 | DAVE & DAVE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000052 | DAVIS GRAHAM & STUBBS LLP | | | | | |
| 000018A | DEREK GOLDBERG | | | | | |
| 000018B | DEREK GOLDBERG | | | | | |
| 000024 | DEREK GOLDBERG | | | | | |
| 000042 | DOUG KRINTZMAN | | | | | |
| 000025 | ECLIPS GROUP | | | | | |
| 000012 | FAITH INC | | | | | |
| 000051 | FAITH INC | | | | | |
| 000028 | FREDERICK LOWE | | | | | |
| 000029 | FREDERICK LOWE | | | | | |
| 000030 | FREDERICK LOWE | | | | | |
| 000031 | FREDERICK LOWE | | | | | |
| 000032 | FREDERICK LOWE | | | | | |
| 000034 | FREDERICK LOWE | | | | | |
| 000035 | FREDERICK LOWE | | | | | |
| 000036 | FREDERICK LOWE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000037 | FREDERICK LOWE | | | | | |
| 000038 | FREDERICK LOWE | | | | | |
| 000039 | FREDERICK LOWE | | | | | |
| 000002 | GOTVOCIE | | | | | |
| 000003 | HEAVENSPOT C/O REVENUE ASSURANCE PA | | | | | |
| 000016 | HINSDALE BANK & TRUST | | | | | |
| 000005 | JAMS, INC. | | | | | |
| 000007 | JAMS, INC. | | | | | |
| 000004 | JAYME MAZZOCHI | | | | | |
| 000017 | JAYME MAZZOCHI | | | | | |
| 000053 | LAW OFFICE OF RALPH J. SCHINDLER JR | | | | | |
| 000011 | LAW OFFICES OF JOEL R BENNETT | | | | | |
| 000050 | LAZAR AND COMPANY CPAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | MARK BAKER AND ECLIPS LLC | | | | | |
| 000014 | MBLOX, INC | | | | | |
| 000009 | MODERATI | | | | | |
| 000022 | NEIGHBORHOOD AMERICA | | | | | |
| 000021 | NETBISCUITS, INC. | | | | | |
| 000008 | NON BROADCAST INDUSTRIAL | | | | | |
| 000001 | OPEN ROAD ENTERTAINMENT | | | | | |
| 000020 | PAUL LANZAROTTI | | | | | |
| 000026B | ROBERT GRAY | | | | | |
| 000027 | ROBERT GRAY | | | | | |
| 000040 | ROBERT GRAY | | | | | |
| 000041A | ROBERT GRAY | | | | | |
| 000041B | ROBERT GRAY | | | | | |
| 000043 | SANDRA FRANCO | | | | | |
| 000033 | STEPEHEN DRIMMER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | STEPHEN DRIMMER | | | | | |
| 000015 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000044B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000045A | INTERNAL REVENUE SERVICE | | | | | |
| 000045B | INTERNAL REVENUE SERVICE | | | | | |
| 000048A | INTERNAL REVENUE SERVICE | | | | | |
| 000048B | INTERNAL REVENUE SERVICE | | | | | |
| 000046 | STEPHEN DRIMMER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: | 09-16148   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | VARITALK, INC. |
| For Period Ending: | 04/07/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 05/25/10 (c) |
| 341(a) Meeting Date: | 06/14/10 |
| Claims Bar Date: | 03/17/11 |

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. A/R | 0.00 | 0.00 | | 0.00 | FA |
|     Asset was fully administered in Chapter 11 case | | | | | |
| 2. Hinsdale Bank account | 0.00 | 0.00 | | 0.00 | FA |
|     Asset was fully administered in Chapter 11 | | | | | |
| 3. Earnest Money (u) | 0.00 | 0.00 | | 0.00 | FA |
|     Asset was fully administered in Chapter 11 | | | | | |
| 4. REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |
|     Asset was fully administered in Chapter 11 | | | | | |
| 5. SALE PROCEEDS | 0.00 | 0.00 | | 0.00 | FA |
|     Asset was fully administered in Chapter 11 | | | | | |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. Earnest Money (u) | 0.00 | 0.00 | | 0.00 | FA |
|     Asset was fully administered in Chapter 11 | | | | | |
| 8. PATENT | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 9. Bond Refund (u) | 1,142.00 | 0.00 | | 1,142.00 | FA |
| 10. ACH Refund (u) | 0.00 | 0.00 | | 266.34 | FA |
| 11. TAX REFUND (u) | 0.00 | 61,387.48 | | 61,682.26 | FA |
| 12. Chapter 11 Assets | 0.00 | 606,940.55 | | 629,240.97 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 171.16 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,142.00 | $670,328.03 | | $694,502.73 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will submit TDR by 3/31/14. January 16, 2014, 01:40 pm

**UST Form 101-7-TDR (5/1/2011)** *(Page: 27)*

LFORM1

Ver: 17.05c

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:      2

| | | |
|---|---|---|
| Case No: | 09-16148      ABG   Judge: A. BENJAMIN GOLDGAR | |

Case Name:      VARITALK, INC.

Trustee Name:              GINA B. KROL

Date Filed (f) or Converted (c):    05/25/10 (c)

341(a) Meeting Date:          06/14/10

Claims Bar Date:             03/17/11

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/11          Current Projected Date of Final Report (TFR): 12/31/13

/s/      GINA B. KROL

_____ Date: 04/07/14

GINA B. KROL

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

LFORM1

Ver: 17.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL | Exhibit 9 |
|---|---|---|---|---|---|
| Case Name: | VARITALK, INC. | | Bank Name: | The Private Bank | |
| | | | Account Number / CD #: | *******7 30 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******0267 | | | | |
| For Period Ending: | 04/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/09 | 1 | DISNEY WORLDWIDE SERVICES | CABLE NETWORKS DEPOSIT CHK# 0072910 | 1121-000 | 1,803.91 | | 1,803.91 |
| 11/05/09 | 1 | ZIPIT WIRELESS, INC | A/R DEPOSIT CHK# 5498 | 1121-000 | 300.00 | | 2,103.91 |
| 11/05/09 | 000101 | PEER 1 MANAGED HOSTING | ACCT. 5737425 | 6910-000 | | 3,327.92 | -1,224.01 |
| 11/06/09 | 2 | HINSDALE BANK | WIRE TRANSF | 1129-000 | 47,885.49 | | 46,661.48 |
| 11/09/09 | 000102 | INTERNATIONAL SURETIES, LTD. | BOND | 2300-000 | | 500.00 | 46,161.48 |
| | | Suite 1700 | BOND PREM - 11/7/09 - 11/07/10 | | | | |
| | | 210 Baronne Street | | | | | |
| | | New Orleans, LA 70112 | | | | | |
| 11/09/09 | 000103 | SANDRA FRANCO | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 1,231.81 | 44,929.67 |
| 11/09/09 | 000104 | ROBERT GRAY | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 3,356.15 | 41,573.52 |
| 11/09/09 | 000105 | LYNDSEY HAHN | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 1,341.38 | 40,232.14 |
| 11/09/09 | 000106 | MICHAEL KONOWITZ | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 1,315.43 | 38,916.71 |
| 11/09/09 | 000107 | BENJAIMIN LUDWIG | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 592.86 | 38,323.85 |
| 11/09/09 | 000108 | MATTHEW MCFARLAND | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 262.32 | 38,061.53 |
| 11/09/09 | 000109 | CHERYL MC NAMEE | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 1,192.15 | 36,869.38 |
| 11/09/09 | 000110 | DEREK STOKER | PAY PERIOD 10/16/09 - 10/31/09 | 6950-000 | | 400.56 | 36,468.82 |
| 11/10/09 | 1 | RAZORFISH & AFFILIATES | A/R DEPOSIT CHK# 250915 | 1121-000 | 795.00 | | 37,263.82 |
| 11/10/09 | 000111 | KALL 8 | PHONE SERV - # D85445 | 6910-000 | | 32.02 | 37,231.80 |
| 11/10/09 | 000112 | KALL 8 | PHONE SERV - # D88177 | 6910-000 | | 176.47 | 37,055.33 |
| 11/12/09 | 001001 | VOXEO CORPORATION | PHONE SERVICE | 6910-000 | | 3,430.10 | 33,625.23 |
| 11/16/09 | 001002 | PEER 1 SERVER BEACH | A/P | 6910-000 | | 1,663.96 | 31,961.27 |
| 11/23/09 | | BENJAIMIN LUDWIG | DIR DEP PAY PERIOD 10/16 - 11/15/09 | 6950-000 | | 277.50 | 31,683.77 |
| 11/23/09 | | MICHAEL KONOWITZ | DIR DEP PAY PERIOD 10/16 - 11/15/09 | 6950-000 | | 1,315.43 | 30,368.34 |
| 11/23/09 | | LYNDSEY HAHN | DIR DEP PAY PERIOD 10/16 - 11/15/09 | 6950-000 | | 1,341.38 | 29,026.96 |
| 11/23/09 | | ROBERT GRAY | DIR DEP PAY PERIOD 10/16 - 11/15/09 | 6950-000 | | 3,356.15 | 25,670.81 |
| 11/23/09 | 001003 | MONADNOCK BUILDING | RENT - OCT & NOV | 6950-000 | | 4,549.00 | 21,121.81 |
| 11/24/09 | 3 | CITIBANK NYC | Earnest Money | 1229-000 | 22,500.00 | | 43,621.81 |
| 11/24/09 | 1 | DISNEY WORLDWIDE SERVICES | A/R DEPOSIT CHK# 7375291 | 1121-000 | 1,413.70 | | 45,035.51 |
| 11/24/09 | 1 | LIFETIME NETWORKS | A/R DEPOSIT CHK# 177898 | 1121-000 | 153.83 | | 45,189.34 |
| 11/30/09 | | THE PRIVATE BANK | CHECK CHARGES | 6950-000 | | 34.09 | 45,155.25 |
| 12/02/09 | 001004 | MILLER ADVERTISING AGENCY, INC. | CLASSIFIED ADS | 6950-000 | | 4,724.00 | 40,431.25 |
| 12/03/09 | 001005 | ROBERT GRAY | WAGES | 6950-000 | | 3,356.15 | 37,075.10 |
| 12/03/09 | 001006 | LYNDSEY HAHN | WAGES | 6950-000 | | 1,341.38 | 35,733.72 |
| 12/03/09 | 001007 | MICHAEL KONOWITZ | WAGES | 6950-000 | | 1,315.43 | 34,418.29 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 09-16148 -ABG | |
| Case Name: | VARITALK, INC. | |
| | | |
| Taxpayer ID No: | *******0267 | |
| For Period Ending: | 04/07/14 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | The Private Bank |
| Account Number / CD #: | *******7 30  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/03/09 | 001008 | BENJAIMIN LUDWIG | WAGES | | | 277.50 | 34,140.79 |
| * 12/03/09 | 001008 | BENJAIMIN LUDWIG | WAGES | | | -277.50 | 34,418.29 |
| | | | VOIDED CHECK | | | | |
| 12/21/09 | 1 | GREATER DES MOINES PARTNERSHIP | A/P | 1121-000 | 6,000.00 | | 40,418.29 |
| 12/21/09 | 001009 | MONADNOCK BUILDING | RENT - DEC`09 | 6950-000 | | 2,304.15 | 38,114.14 |
| 12/23/09 | 001010 | ROBERT GRAY | WAGES | 6950-000 | | 3,580.39 | 34,533.75 |
| 12/23/09 | 001011 | MICHAEL KONOWITZ | WAGES | 6950-000 | | 1,315.45 | 33,218.30 |
| 12/23/09 | | TAXES | ELEC DEBIT FOR PAYROLL TAXES | 2810-000 | | 2,247.75 | 30,970.55 |
| | | | ($2693.47-) | | | | |
| 12/28/09 | 3 | HARRY KARGMAN | WIRE TRANSFER - EARNEST MONEY | 1229-000 | 22,500.00 | | 53,470.55 |
| 12/29/09 | 001012 | CAROL A-RABER | COURT REP - TRANSCRIPT | 6950-000 | | 239.00 | 53,231.55 |
| 12/31/09 | 4 | UNITED HEALTH CARE GROUP | REFUND - OVERPYMT DEPOSIT CHK# 0404 | 1229-000 | 822.28 | | 54,053.83 |
| 01/05/10 | | ELEC. DEBIT FOR PAYROLL | | 6950-000 | | 8,221.94 | 45,831.89 |
| 01/05/10 | | ERIC & JULI FRANKEL | WIRE TRANSFER - BREAKUP FEE | 6990-000 | | 15,000.00 | 30,831.89 |
| 01/05/10 | | ERIC & JULI FRANKEL | WIRE TRANSFER - REFUND EARNEST | 1129-002 | | 22,500.00 | 8,331.89 |
| | | | return of earnest money | | | | |
| 01/14/10 | 5 | VARITALK HOLDINGS, LLC | Proceeds of sale | 1129-000 | 525,000.00 | | 533,331.89 |
| 01/15/10 | | HARRY KARGMAN | return of earnest money | 1129-002 | | 22,500.00 | 510,831.89 |
| 01/20/10 | | ELEC. DEBIT FOR PAYROLL | TAXES | 2810-000 | | 8,211.29 | 502,620.60 |
| 01/25/10 | 001013 | EXTRA SPACE STORAGE | RENT | 6950-000 | | 219.00 | 502,401.60 |
| 01/27/10 | 001014 | MONADNOCK BUILDING | RENT - SUITE 1610 | 6950-000 | | 2,527.85 | 499,873.75 |
| 01/31/10 | | THE PRIVATE BANK | STM 1/31/10 | 2810-000 | | 3,192.57 | 496,681.18 |
| 02/02/10 | 001015 | VOXEO CORPORATION | SEV INVOICE | 6910-000 | | 7,361.38 | 489,319.80 |
| 02/04/10 | 001016 | U. S. POST OFFICE | POSTAGE | 6950-000 | | 150.00 | 489,169.80 |
| 02/05/10 | | TAXES | ELECTRONIC DEBIT - PAYROLL TAXES | 2810-000 | | 7,821.41 | 481,348.39 |
| 02/08/10 | 001017 | PEER 1 | A/P | 6910-000 | | 3,327.92 | 478,020.47 |
| 04/19/10 | 001018 | THE SIMON LAW FRIM | ATTY FEES AS SP CSL | 6210-000 | | 16,905.00 | 461,115.47 |
| 04/29/10 | 001019 | THE SIMON LAW FRIM | ATTY EXPENSES SP CSL | 6220-000 | | 119.60 | 460,995.87 |
| 04/29/10 | 001020 | INTERNATIONAL SURETIES, LTD. | BOND PREM 11/7/09 - 11/7/10 | 2300-000 | | 1,831.00 | 459,164.87 |
| | | Suite 1700 | | | | | |
| | | 210 Baronne Street | | | | | |
| | | New Orleans, LA  70112 | | | | | |
| 06/16/10 | 10 | ACH Refund | | 1290-000 | 266.34 | | 459,431.21 |
| 06/16/10 | 001021 | Gina B. Krol, Trustee | Close Account | 9999-000 | | 459,431.21 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| | |
|---|---|
| Case No: | 09-16148  -ABG |
| Case Name: | VARITALK, INC. |
| Taxpayer ID No: | *******0267 |
| For Period Ending: | 04/07/14 |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | Exhibit 9 |
| Bank Name: | The Private Bank | |
| Account Number / CD #: | *******7 30  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Transfer to Chapter 7 account at Bank of America | | | | |

| Account  *******7 30 | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 12 | Deposits | 629,440.55 | 42 | Checks | 156,713.52 |
| 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 13,295.82 |
| | | | 1 | Transfers Out | 459,431.21 |
| | Subtotal | $  629,440.55 | | | |
| 0 | Adjustments In | 0.00 | | Total | $  629,440.55 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $  629,440.55 | | | |

LFORM2T4

Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

| Case No: | 09-16148 -ABG |
| Case Name: | VARITALK, INC. |
| Taxpayer ID No: | *******0267 |
| For Period Ending: | 04/07/14 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0238  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 204,396.04 | | 204,396.04 |
| 09/17/12 | 030001 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per court order | 3410-000 | | 9,466.40 | 194,929.64 |
| 09/17/12 | 030002 | Alan D. Lasko<br>29 S.LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant expenses per court order | 3420-000 | | 65.25 | 194,864.39 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.63 | 194,739.76 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 124.08 | 194,615.68 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 119.98 | 194,495.70 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.91 | 194,371.79 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 288.94 | 194,082.85 |
| 02/13/13 | 030003 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 168.19 | 193,914.66 |
| 04/03/13 | 030004 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys' Fees per Court Order | 3110-000 | | 12,957.00 | 180,957.66 |
| 04/03/13 | 030005 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 624.02 | 180,333.64 |
| 04/03/13 | 030006 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite1240<br>Chicago, IL 60603 | Accountant Fees per order | 3410-000 | | 1,301.00 | 179,032.64 |
| 04/03/13 | 030007 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite1240<br>Chicago, IL 60603 | Accountant Expenses per order | 3420-000 | | 1.83 | 179,030.81 |
| 04/03/13 | 030008 | GINA B. KROL<br>105 W. Madison Street | Attorneys' Fees per Court Order | 3110-000 | | 6,478.50 | 172,552.31 |

UST Form 101-7-TDR (5/1/2011) *(Page: 32)*

Ver: 17.05c

LFORM2T4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-16148 -ABG | |
| Case Name: | VARITALK, INC. | |
| | | |
| Taxpayer ID No: | *******0267 | |
| For Period Ending: | 04/07/14 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0238  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

**Exhibit 9**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/03/13 | 030009 | Suite 1100<br>Chicago, IL 60602<br>GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 32,641.02 | 139,911.29 |
| 04/03/13 | 030010 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 South Dearborn St. Rm 873<br>Chicago, IL 60604 | Claim 000047A, Payment 100.00000%<br>(47-1) Modified on 06/14/2010 to<br>correct creditors address (dt) | 2950-000 | | 3,582.85 | 136,328.44 |
| 04/03/13 | 030011 | Frederick Lowe<br>c/o Mr. Scott Schreiber<br>55 W. Monroe St., Ste. 1200<br>Chicago, IL 60603 | Other Prior Chapter Administrative<br>Payment of administrative expense allowance-<br>17.66% per agreement between claimant and<br>citation lien creditors | 6990-000 | | 5,971.03 | 130,357.41 |
| 04/03/13 | 030012 | Law Offices of William Factor<br>105 W. Madison Street<br>Chicago, IL 60602 | Attorney for D-I-P Fees (Chapter 11 | 6210-160 | | 81,239.19 | 49,118.22 |
| 04/03/13 | 030013 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys' Fees per Court Order | 6110-000 | | 13,290.20 | 35,828.02 |
| 04/03/13 | 030014 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 6120-000 | | 1,344.88 | 34,483.14 |
| 04/03/13 | 030015 | Stahl Cowen<br>c/o Mr. Scott Schreiber<br>55 W. Monroe St., Ste. 1200<br>Chicago, IL 60603 | Other Prior Chapter Administrative<br>Payment per Citation Lien 14% per agreement | 6990-000 | | 4,733.26 | 29,749.88 |
| 04/03/13 | 030016 | Hinsdale Bank & Trust<br>c/o Mr. David Letvin<br>541 N. Fairbanks Ct.<br>Chicago, IL 60611 | Other Prior Chapter Administrative<br>Payment per Citation Lien - 68.339% per agreement | 6990-000 | | 23,104.78 | 6,645.10 |
| 04/03/13 | 030017 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100 | Attorneys Fees per Court Order | 6110-000 | | 6,645.10 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL |
| Case Name: | VARITALK, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0238  Checking Account |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 04/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60602 | | | | | |

| Account | *******0238 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | Deposits | | 0.00 | 17 | Checks | 203,614.50 |
| | 0 | Interest Postings | | 0.00 | 5 | Adjustments Out | 781.54 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ | 0.00 | | | |
| | | | | | | Total | $ 204,396.04 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 204,396.04 | | | |
| | | Total | $ | 204,396.04 | | | |

LFORM2T4

Ver: 17.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-16148 -ABG | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VARITALK, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0163  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 04/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 06/14/10 | 1 | Disney Worldwide Services | A/R | 1121-003 | 1,803.91 | | 1,803.91 |
| | | | | Account Receivable due Debtor | | | | |
| * | 06/16/10 | 1 | Disney Worldwide Services | A/R | 1121-003 | -1,803.91 | | 0.00 |
| | | | | entered in error | | | | |
| | 06/16/10 | | Gina B. Krol, Trustee | From DIP Account | 9999-000 | 459,431.21 | | 459,431.21 |
| | 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 8.77 | | 459,439.98 |
| | 07/08/10 | 1 | Moderati | | 1121-000 | 66.76 | | 459,506.74 |
| | | | 222 Sutter Street | | | | | |
| | | | #450 | | | | | |
| | | | San Francisco,  CA 94108 | | | | | |
| | 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 27.32 | | 459,534.06 |
| | 08/02/10 | 8 | Varitalk Holdings, LLC | Sale of Patents | 1129-000 | 2,000.00 | | 461,534.06 |
| | 08/23/10 | 9 | Global Surety, LLC | Bond Refund | 1229-000 | 1,142.00 | | 462,676.06 |
| | | | One Shell Square | | | | | |
| | | | 701 Poydras Street, Ste. 420 | | | | | |
| | | | New Orleans, LA  70139 | | | | | |
| | 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 27.43 | | 462,703.49 |
| | 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 26.62 | | 462,730.11 |
| | 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 27.51 | | 462,757.62 |
| | 11/08/10 | 000301 | Department of Treasury | 2009 1120S Liability  26-0660267 | 2810-000 | | 170,226.00 | 292,531.62 |
| | | | Internal Revenue Service Center | | | | | |
| | | | Cincinnati, OH 45999-012 | | | | | |
| | 11/08/10 | 000302 | Illinois Department of Revenue | 2009 IL1120S 26-06600267 | 2820-000 | | 33,247.00 | 259,284.62 |
| | | | PO Box 19008 | | | | | |
| | | | Springfield, IL 62794-9008 | | | | | |
| | 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 22.67 | | 259,307.29 |
| | 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.42 | | 259,322.71 |
| | 01/26/11 | 000303 | Jackleen De Fini | Transcript | 2990-000 | | 72.75 | 259,249.96 |
| | | | 219 S. Dearborn St. | | | | | |
| | | | Chicago, IL 60604 | | | | | |
| | 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.42 | | 259,265.38 |
| | 02/07/11 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 219.93 | 259,045.45 |
| | | | Suite 420 | BOND | | | | |
| | | | 701 Poydras Street | | | | | |

LFORM2T4

Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-16148 -ABG | | | | | |
|---|---|---|---|---|---|---|
| Case Name: | VARITALK, INC. | | | | | |
| | | | | Trustee Name: | GINA B. KROL | |
| Taxpayer ID No: | *******0267 | | | Bank Name: | BANK OF AMERICA, N.A. | |
| For Period Ending: | 04/07/14 | | | Account Number / CD #: | *******0163  Money Market Account (Interest Earn | |
| | | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | |
| 02/17/11 | 000305 | Alan D. Lasko & Associates 29 S. LaSalle Street Suite 1240 Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 5,060.20 | 253,985.25 |
| 02/17/11 | 000306 | Alan D. Lasko & Associates 29 S. LaSalle Street Suite 1240 Chicago, IL 60603 | Accountant Expenses per Court Orde | 3410-000 | | 32.90 | 253,952.35 |
| 03/01/11 | 000307 | In Demand 200 W. Adams Suite LL110 Chicago, IL 60606 | Copies | 2990-000 | | 525.00 | 253,427.35 |
| 03/16/11 | 000308 | Law Office of William J. Factor 105 W. Madison Street Chicago, IL 60602 | Chapter 11 Attorneys Fees Interim payment | 6700-000 | | 71,526.24 | 181,901.11 |
| 04/13/11 | 000309 | Hinsdale Bank & Trust Company c/o Letvin & Stein 541 N. Fairbanks Court Suite 2121 Chicago, IL 60611 | Per Citation to Discover Assets Per Citation, Hinsdale to receive a % of Lowe's administrative claim distribution. This check represents Lowe's pro rata share of Trustee's initial distribution to administrative claimants. | 6990-000 | | 19,458.73 | 162,442.38 |
| 04/13/11 | 000310 | Stahl, Cowen, Crowley & Addis c/o Scott Schreiber 55 W. Monroe St., Suite 1200 Chicago, IL 60603 | Per Citation, Stahl Cowen to receive a % of Lowe's administrative claim distribution. This check represents Lowe's pro rata share of Trustee's initial distribution to administrative claimants. | 6990-000 | | 3,996.53 | 158,445.85 |
| 04/13/11 | 000311 | Frederick Lowe c/o Stahl, Cowen, Crowley & Addis 55 W. Monroe St. Suite 1200 Chicago, IL 60603 | Per Citation, Frederick Lowe is to receive a % of his administrative claim distribution, along with Hinsdale Bank and Stahl Cowen. This check represents Lowe's pro rata share of Trustee's initial distribution to administrative claimants. | 6990-000 | | 5,018.50 | 153,427.35 |
| 05/18/11 | 000312 | Department of Treasury Internal Revenue Service Cincinnati, OH 45999-0039 | Balance due on tax return | 2990-000 | | 7,705.33 | 145,722.02 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: | 09-16148 -ABG | | | Trustee Name: | GINA B. KROL | |
| Case Name: | VARITALK, INC. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******0163  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******0267 | | | | | |
| For Period Ending: | 04/07/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/15/11 | 11 | Department of Treasury | Post Petition Tax Refund | 1224-000 | 61,387.48 | | 207,109.50 |
| | | Internal Revenue Service | | | | | |
| 09/15/11 | 11 | Department of Treasury | Interest on Post Petition Tax Refun | 1224-000 | 294.78 | | 207,404.28 |
| | | Internal Revenue Service | | | | | |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 264.23 | 207,140.05 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 255.38 | 206,884.67 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 255.06 | 206,629.61 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 270.99 | 206,358.62 |
| 02/06/12 | 000313 | International Sureties | BOND | 2300-000 | | 186.18 | 206,172.44 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 245.14 | 205,927.30 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 253.19 | 205,674.11 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 261.31 | 205,412.80 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 260.98 | 205,151.82 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 243.83 | 204,907.99 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 268.73 | 204,639.26 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 243.22 | 204,396.04 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 204,396.04 | 0.00 |

LFORM2T4                                                                Ver: 17.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

Exhibit 9

| | |
|---|---|
| Case No: | 09-16148 -ABG |
| Case Name: | VARITALK, INC. |
| | |
| Taxpayer ID No: | ******0267 |
| For Period Ending: | 04/07/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******0163  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account ******0163 | | Balance Forward | 0.00 | | | | |
| | 7 | Deposits | 64,891.02 | 13 | Checks | 317,275.29 | |
| | 8 | Interest Postings | 171.16 | 11 | Adjustments Out | 2,822.06 | |
| | | | | 1 | Transfers Out | 204,396.04 | |
| | | Subtotal | $ 65,062.18 | | | | |
| | | | | | Total | $ 524,493.39 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 459,431.21 | | | | |
| | | Total | $ 524,493.39 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | | | |
| | 19 | Deposits | 694,331.57 | 72 | Checks | 677,603.31 | |
| | 8 | Interest Postings | 171.16 | 20 | Adjustments Out | 16,899.42 | |
| | | | | 2 | Transfers Out | 663,827.25 | |
| | | Subtotal | $ 694,502.73 | | | | |
| | | | | | Total | $ 1,358,329.98 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 2 | Transfers In | 663,827.25 | | | | |
| | | Total | $ 1,358,329.98 | | Net Total Balance | $ 0.00 | |

/s/    GINA B. KROL

Trustee's Signature: _____    Date: 04/07/14

GINA B. KROL

**UST Form 101-7-TDR (5/1/2011)** *(Page: 38)*

LFORM2T4

Ver: 17.05c